# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-076-068

**Effective Date of Registration:**
November 21, 2017

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

### Title
- **Title of Work:** The Fellowship Of The King

### Completion/Publication
- **Year of Completion:** 2017

### Author
- **Author:** Demetrious Polychron
- **Author Created:** text
- **Citizen of:** United States
- **Year Born:** 1965

### Copyright Claimant
- **Copyright Claimant:** Demetrious Polychron
  269 S. Beverly #809, Beverly Hills, CA, 90212, United States

### Rights and Permissions
- **Organization Name:** Fractal Books
- **Name:** Demetrious Polychron
- **Email:** demetriousmail@aol.com
- **Telephone:** (310)801-7195
- **Address:** 269 S. Beverly Drive #809
  Beverly Hills, CA 90212 United States

### Certification
- **Name:** Demetrious Polychron