# Tolkien Estate/Amazon Rings Of Power Copyright Infringements

Rings of Power © 2022

Fellowship Of The King © 2017

## Episode 1

Minute/Second
05:11 Dragon destroys a Great Eagle in flames
07:30 Galadriel becomes a warrior, takes up Finrod's sword
19:28 Hobbit named Marigold $X^{10}$
20:05 Person of color character named Malv[i]a $X^{10}$
20:38 Hobbit named Elanor 'Noori' Harfoot $X^{10}$
40:20 Vial of healing Elfin Seeds [Waters of Awakening]
43:00 The End Of The War Of Wrath
44:52 Theo $X^{10}$

Page
000 The exact image of the cover of my book
157 "led her people into the thick of attacking orcs"
026 "She scared her aunt Marigold half to death!"
047 "black-skinned traders from Greater Harad"
vii  "Elanor… daughter of Samwise and Rosie"
049 "… only vial left of the Waters of Awakening"
157 "refugees who had survived the War of Wrath"
004 "Théoden Brandybuck… everyone called Theo"

## Episode 2

12:03 Fëanor's hammer on an elevated display
17:10 The old Doors of Khazad-dûm
17:17 An Elf is granted access to Durin's Halls
17:20 We see the original wonders of Khazad-dûm
17:45 1st appearance of a female dwarf – ever
21:04 Gandalf displays the power of Ulbandi's Voice
21:05 Gandalf displays the power of my wizard Alatar
36:20 1st appearance of Durin's wife
36:49 1st appearance of Dwarven children
41:55 "Running towards or from something" line from my poem

195 "hammer sat on an elevated and ornate anvil"
164 "ushered him through… guarded, iron… gates"
164 "they invited him into… Khazad-dûm"
164 "first to experience the wonders deep within"
164 "Durin and his beautiful Queen Myrkinamid"
281 "Ulbandi… her voice echoed impossibly loud"
025 "He lifted his staff... caught in the winds"
164 "Durin and his beautiful Queen Myrkinamid"
206 "Narvi & Dagnall ran to retrieve their children"
203 "running to or from something"

# Episode 3

03:45 Adar [Glorfindel] the Dark Elf ruler of Mordor X[10]
07:04 Galadriel sails to Númenor X[10]
07:04 On a Númenórean ship
11:48 Galadriel, Commander of the High King Gil-galad
12:00 Galadriel vs Queen Regent of Númenor in the company of a Man
12:15 Antipathy between Galadriel and Queen Regent of Númenor
20:35 Queen Regent seeks Galadriel's death
22:22 The Dark Lord has a successor, a corrupted Elf

28:42 One of these two powerful women rides away across Númenor
31:18 "What will you take next? Our Land?"
34:28 Galadriel flees to the other side of Númenor
36:14 "This is no sigil, it is a map"
39:00 "After I lost Rose" mother of Elanor
48:48 Elanor makes her stand: "Flee every danger."
51:20 "The Galadriel. Scourge of the Orcs."
54:00 Earien: "I made apprentice. I've been accepted into the builder's guild."
55:45 Galadriel loves human king "Your people have no king, for you are him."
58:06 "It is here father, the moment we feared. The Elf has arrived."
59:22 Elanor befriends a wizard X[10]

097 "ordered the ruin and wreckage of Mordor"
180 "she traveled with Aldarion to Númenor"
180 "The NKS Hirilondë, the Haven-finder"
158 Galadriel accepted Ereinan's invitation to stay
181 "Ancalimë was horrified"
182 "Ancalimë's antipathy for Galadriel"
182 "none would bear her to live"
095 "coupled with the Elven power of Glorfindel, the Rings of Power of Sauron now lived on"
181 "rode her horse past the peak of Meneltarma"
182 "she would rob Men of… this island Kingdom"
185 "to the far side of the island"
351 "Coat of Arms…this is a map"
vii  "Elanor… daughter of Samwise and Rosie"
341 "this is my duty and I have to keep doing it"
158 "Galadriel… impaled the… King of Orcs"
013 "a woman should be given an apprenticeship"
179 Galadriel and Aldarion began having an affair
183 Galadriel dragging Númenóreans back into war
010 "Alatar… bowed… to Lady Elanor"

# Episode 4

05:56 "Elf ships on our shore"
07:30 "Elven hands will never take Númenor… remain a Kingdom of Men."
09:28 "And I suppose that Elendil here is a great Rhunic Emperor."
10:23 "Not all Númenor."
18:20 "I am no god. At least… not yet"

184 "rumors… of invading armies & coming wars"
183 "Númenor was for Men alone"
054 "strangely tribal-sounding honorific 'Emperor'"
184 "Rival factions were forming"
304 "one step closer to eclipsing Vala like Ulbandi, and the day he would no longer fear even Ilúvatar"

## Episode 5

08:30 Adar [Estel, Prince of the Orcelven, father of a nation]
34:17 Elf pulls out arrow, Man heals with the Elfin Seeds        [Waters of Awakening]
46:20 "When I was a child, I heard stories of Elves taken by Morgoth"        083 "Glorfindel himself was caught"
50:17 "I vow to eradicate every last one of you." Galadriel.        304 "eradicate every Orcelven you have…birthed!"
56:07 Galadriel in love with the King from Númenor        184 "she had fallen in love with him"
59:30 Magically induced mountain flood        316 "I hear in the distance mountains, the beginning of the faintest roar"

## Episode 7

09:56 Gandalf: "Lote"        134 Malvia.. lifted her voice…appeared a Lótë tree"
36:45 Durin: "you were a might Dwarfish for an Elf."        164 "his intensity… looked like a Dwarf"
48:39 Three evil women hunting a wizard        298 "Anfauglir… Latistha… and Leminkkäenin"
53:44 Queen Regent with a blindfold pulled over her eyes        298 "a blindfold around her eyes pinned her hair against her head"