AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
JEFF BEZOS, an Individual, JENNIFER SALKE, An Individual, SIMON )
TOLKIEN, an Individual, PATRICK MCKAY, an Individual, JOHN D. )
PAYNE, an Individual, AMAZON STUDIOS LLC, a California Limited )
Liability Company, AMAZON CONTENT SERVICES, LLC, a Delaware )
Limited Liability Company, THE TOLKIEN ESTATE, THE TOLKIEN )
ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100 )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

JENNIFER SALKE
618 N. Oakhurst Dr.,
Beverly Hills, CA 90210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katie M. Charleston
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA 92615

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*