Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA  92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Plaintiff, Demetrious Polychron

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEMETRIOUS POLYCHRON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, an Individual, JENNIFER SALKE, An Individual, SIMON TOLKIEN, an Individual, PATRICK MCKAY, an Individual, JOHN D. PAYNE, an Individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES, LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100,<br>Defendants. | Case No.: 2:23-cv-02831<br><br>**NOTICE OF WITHDRAWAL** |

**NOTICE OF WITHDRAWAL**

1

1  Plaintiff, Demetrious Polychron, by counsel, respectfully requests the Court
2  withdraw the document filed at Dkt. No. 9.  The incorrect filing event was selected.  The
3  document was re-filed using the correct filing event at Dkt. No. 15.

5  Dated: April 17, 2023                    Respectfully submitted,
6                                           Katie Charleston Law, PC

8                                    By:    /s/ *Katie Charleston*
9                                           Katie Charleston, Esq.
                                            Attorney for Plaintiff

**NOTICE OF WITHDRAWAL**

2