AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| DEMETRIOUS POLYCHRON, an Individual<br><br>*Plaintiff(s)*<br>v.<br>JEFF BEZOS, an Individual, JENNIFER SALKE, An Individual, SIMON TOLKIEN, an Individual, PATRICK MCKAY, an Individual, JOHN D. PAYNE, an Individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES, LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100<br><br>*Defendant(s)* | Civil Action No.  2:23-cv-02831 SVW (Ex) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AMAZON STUDIOS, LLC
c/o CSC - Lawyers Incorporating Service, Registered Agent
2710 Gateway Oaks Drive
Sacramento, CA 95833

(Authorized Agents: Becky DeGeorge, Koy, Saechao, Lai Saevang, Nicole Stauss, Jenn Bautista, Trudy Desbiens, Rebecca Vang, Wendy Harris, Melissa Dekoven, Carolyn Valle, Kaci Ransom, Kelli Shortte, Annette Kuhlman, Brejet Stephens, Crystal Chapman, Janette Mcintyre, Jerome Suarez, Samantha Wiltz, Parid Kurbini)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Katie M. Charleston
> Katie Charleston Law, PC
> 9151 Atlanta Avenue, No. 6427
> Huntington Beach, CA  92615

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  04/25/2023

*Signature of Clerk or Deputy Clerk*