Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA  92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Plaintiff, Demetrious Polychron

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEMETRIOUS POLYCHRON<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, et al.,<br><br>Defendants. | Case No.: 2:23-cv-02831<br><br>**NOTICE OF WITHDRAWAL OF SUMMONS** |

**NOTICE OF WITHDRAWAL OF SUMMONS**

1

Plaintiff, Demetrious Polychron, by counsel, respectfully requests the Court withdraw the document filed at Dkt. No. 13. The summons is no longer necessary as the Defendants have confirmed that the related party does not exist.

Dated: May 26, 2023

Respectfully submitted,

Katie Charleston Law, PC

By:   /s/ *Katie Charleston*
Katie Charleston, Esq.
Attorney for Plaintiff