NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
SAMUEL A. TURNER (State Bar No. 338089)
  samturner@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

AMANDA LEVINE (*pro hac vice* forthcoming)
  amandalevine@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Fax: (212) 489-8340

Attorneys for Defendants
AMAZON STUDIOS LLC, AMAZON CONTENT SERVICES LLC, PATRICK MCKAY, JOHN D. PAYNE, JEFF BEZOS, AND JENNIFER SALKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOUS POLYCHRON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, an individual, JENNIFER SALKE, an individual, SIMON TOLKIEN, an individual, PATRICK MCKAY, an individual, JOHN D. PAYNE, an individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100<br><br>Defendants. | Case No. 2:23-cv-02831-SVW-E<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: May 4, 2023<br>Current response date: July 3, 2023<br>New response date: July 24, 2023 |

      Pursuant to L.R. 8-3, this stipulation is entered by and between plaintiff Demetrious Polychron ("Plaintiff"); defendants Amazon Studios LLC, Amazon Content Services LLC, Patrick McKay, John D. Payne, Jeff Bezos, and Jennifer Salke (the "Amazon Defendants"); and defendants The Tolkien Estate, The Tolkien Estate Limited, The Tolkien Trust, and Simon Tolkien (the "Tolkien Defendants") (collectively, the "Parties") with reference to the following facts:

      1.    Plaintiff filed this action on April 14, 2023.

      2.    On May 4, 2023, the Amazon Defendants and Tolkien Defendants waived service, making their responses to the initial complaint due on or before July 3, 2023. The Parties agree and stipulate that the Amazon Defendants and Tolkien Defendants shall have until July 24, 2023 to respond to the initial complaint.

      3.    Plaintiff's counsel has represented that Plaintiff will file an amended complaint on or before July 7, 2023, to which the Amazon Defendants and Tolkien Defendants consent. Once the amended complaint is filed, the Amazon Defendants and Tolkien Defendants will have fourteen days to respond to the amended complaint, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

      4.    The Parties have not previously requested an extension of time in this matter.

      Now, therefore, it is STIPULATED AND AGREED that the Amazon Defendants and Tolkien Defendants shall have until July 24, 2023 to respond to the initial complaint.

DATED: June 29, 2023

                        KATIE CHARLESTON LAW, PC
                        KATIE M. CHARLESTON

                        By:   /s/ Katie M. Charleston
                               Katie M. Charleston

                        Attorney for Plaintiff
                        DEMETRIOUS POLYCHRON

1

JOINT STIPULATION TO EXTEND TIME TO RESPOND
4856-3198-9869v.1 0051461-005588

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | | |
|---|---|---|
| 1 | DATED: June 29, 2023 | DAVIS WRIGHT TREMAINE LLP<br>NICOLAS A. JAMPOL<br>AMANDA LEVINE<br>SAMUEL A. TURNER |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Nicolas A. Jampol<br>       Nicolas A. Jampol |
| 5 | | Attorneys for<br>AMAZON DEFENDANTS |
| 6 | | |
| 7 | DATED: June 29, 2023 | KLARIS LAW PLLC<br>LACY H. KOONCE, III<br>GILI KAREV |
| 8 | | |
| 9 | | By:  /s/ Lacy H. Koonce, III<br>       Lacy H. Koonce, III |
| 10 | | |
| 11 | | Attorney for<br>TOLKIEN DEFENDANTS |

## FILER'S ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3(a)(2)(i), I hereby certify that the content of this document is acceptable to all parties in this matter, and I have obtained their authorization to affix their electronic signatures to this document.

| | | |
|---|---|---|
| 19 | DATED: June 29, 2023 | DAVIS WRIGHT TREMAINE LLP |
| 20 | | By:  /s/ Nicolas A. Jampol<br>       Nicolas A. Jampol |
| 21 | | Attorneys for<br>AMAZON DEFENDANTS |

2

JOINT STIPULATION TO EXTEND TIME TO RESPOND
4856-3198-9869v.1 0051461-005588

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899