Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA 92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Plaintiff, Demetrious Polychron

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEMETRIOUS POLYCHRON<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, et al.,<br><br>Defendants. | Case No.: 2:23-cv-02831-SVW(Ex)<br><br>**NOTICE OF MOTION AND MOTION TO FILE AMENDED COMPLAINT**<br><br>Complaint Filed: April 17, 2023 |

**NOTICE OF MOTION AND MOTION TO FILE AMENDED COMPLAINT**

1

1  Plaintiff, Demetrious Polychron, by counsel, respectfully moves the Court
2  pursuant to Fed. R. Civ. P. 15(2) and the stipulation of counsel to grant him leave to file
3  his Amended Complaint and in support thereof, states:

4  1. The parties have agreed to the filing of Plaintiff's Amended Complaint per the
5  Joint Stipulation filed on June 30, 2023 (Dkt. No. 26).

6  WHEREFORE, Plaintiff, by counsel, requests the Court grant his Motion to File
7  Amended Complaint, and for all other just and proper relief.

9  Dated: July 11, 2023                                Respectfully submitted,
10                                                     Katie Charleston Law, PC

12                                        By:    /s/ *Katie Charleston*
13                                                Katie Charleston, Esq.
                                                  Attorney for Plaintiff

**NOTICE OF MOTION AND MOTION TO FILE AMENDED COMPLAINT**