Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA  92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Plaintiff, Demetrious Polychron

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| DEMETRIOUS POLYCHRON<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, et al.,<br><br>Defendants. | Case No.: 2:23-cv-02831-SVW(Ex)<br><br>**ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT** |
|---|---|

**[PROPOSED] ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT**

1

This matter is before the Court on Plaintiff's Motion to File Amended Complaint. Having reviewed the papers and being duly advised, the Court grants Plaintiff's request.

It is therefore **ORDERED** that Plaintiff is granted leave to file his Amended Complaint pursuant to L.R. 15-1.

Date: _____          _____

Stephen V. Wilson, USDC Judge
Central District of California

**[PROPOSED] ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT**