Nicolas A. Jampol, Cal. Bar No. 244867
nicolasjampol@dwt.com
Samuel A. Turner, Cal. Bar No. 338089
samturner@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DEMETRIOUS POLYCHRON | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-02831-SVW-E |
| v. | |
| JEFF BEZOS, et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Levine, Amanda B.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(212) 489-8230      (212) 489-8340
*Telephone Number    Fax Number*
amandalevine@dwt.com
*E-Mail Address*

of Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Amazon Studios LLC, Amazon Content Services, LLC, Jeff Bezos, Jennifer Salke, Patrick McKay, John D. Payne

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: ____

and designating as Local Counsel

Jampol, Nicolas A.
*Designee's Name (Last Name, First Name & Middle Initial)*
244867           (213) 633-6800      (213) 633-6899
*Designee's Cal. Bar No.    Telephone Number    Fax Number*
nicolasjampol@dwt.com
*E-Mail Address*

of Davis Wright Tremaine LLP
865 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: ____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:  ☐ be refunded  ☐ not be refunded.

Dated: July 12, 2023

*[signature]*

**STEPHEN V. WILSON, U.S. District Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1