1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| DEMETRIOUS POLYCHRON<br><br>                     Plaintiff,<br><br>     vs.<br><br>JEFF BEZOS, et al.,<br>                     Defendants. | Case No.: 2:23-cv-02831-SVW(Ex)<br><br>**ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT** |

**[PROPOSED] ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT**

1    This matter is before the Court on Plaintiff's Motion to File Amended Complaint.
2    Having reviewed the papers and being duly advised, the Court grants Plaintiff's request.

3    It is therefore **ORDERED** that Plaintiff is granted leave to file his Amended
4    Complaint pursuant to L.R. 15-1.

5    Date: July 13, 2023

6    Stephen V. Wilson, USDC Judge
7    Central District of California

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT**