# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-076-068**

**Effective Date of Registration:**
November 21, 2017

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

    **Title of Work:** The Fellowship Of The King

## Completion/Publication

    **Year of Completion:** 2017

## Author

-     **Author:** Demetrious Polychron
    **Author Created:** text
    **Citizen of:** United States
    **Year Born:** 1965

## Copyright Claimant

    **Copyright Claimant:** Demetrious Polychron
    269 S. Beverly #809, Beverly Hills, CA, 90212, United States

## Rights and Permissions

    **Organization Name:** Fractal Books
    **Name:** Demetrious Polychron
    **Email:** demetriousmail@aol.com
    **Telephone:** (310)801-7195
    **Address:** 269 S. Beverly Drive #809
    Beverly Hills, CA 90212 United States

## Certification

    **Name:** Demetrious Polychron