# Tolkien Estate/Amazon Rings Of Power Copyright Infringements

Rings of Power © 2022

Fellowship Of The King © 2017

## Episode 1

| Minute/Second | Page |
|---|---|
| 05:11 Dragon destroys a Great Eagle in flames | 000 "The exact image of the cover of my book |
| 07:30 Galadriel becomes a warrior, takes up Finrod's sword | 157 "led her people into the thick of attacking orcs" |
| 19:28 Hobbit named Marigold X$^{10}$ | 026 "She scared her aunt Marigold half to death!" |
| 20:05 Person of color character named Malv[i]a X$^{10}$ | 047 "black-skinned traders from Greater Harad" |
| 20:38 Hobbit named Elanor 'Noori' Harfoot X$^{10}$ | vii  "Elanor… daughter of Samwise and Rosie" |
| 40:20 Vial of healing Elfin Seeds [Waters of Awakening] | 049 "… only vial left of the Waters of Awakening" |
| 43:00 The End Of The War Of Wrath | 157 "refugees who had survived the War of Wrath" |
| 44:52 Theo X$^{10}$ | 004 Théoden Brandybuck… everyone called Theo" |

## Episode 2

| | |
|---|---|
| 12:03 Fëanor's hammer on an elevated display | 195 "hammer sat on an elevated and ornate anvil" |
| 17:10 The old Doors of Khazad-dûm | 164 "ushered him through… guarded, iron… gates" |
| 17:17 An Elf is granted access to Durin's Halls | 164 "they invited him into… Khazad-dûm" |
| 17:20 We see the original wonders of Khazad-dûm | 164 "first to experience the wonders deep within" |
| 17:45 1st appearance of a female dwarf – ever | 164 "Durin and his beautiful Queen Myrkinamid" |
| 21:04 Gandalf displays the power of Ulbandi's Voice | 281 "Ulbandi… her voice echoed impossibly loud" |
| 21:05 Gandalf displays the power of my wizard Alatar | 025 "He lifted his staff... caught in the winds" |
| 36:20 1st appearance of Durin's wife | 164 "Durin and his beautiful Queen Myrkinamid" |
| 36:49 1st appearance of Dwarven children | 206 "Narvi & Dagnall ran to retrieve their children" |
| 41:55 "Running towards or from something" line from my poem | 203 "running to or from something" |

# Episode 3

03:45 Adar [Glorfindel] the Dark Elf ruler of Mordor X$^{10}$
07:04 Galadriel sails to Númenor X$^{10}$
07:04 On a Númenórean ship
11:48 Galadriel, Commander of the High King Gil-galad
12:00 Galadriel vs Queen Regent of Númenor in the company of a Man
12:15 Antipathy between Galadriel and Queen Regent of Númenor
20:35 Queen Regent seeks Galadriel's death
22:22 The Dark Lord has a successor, a corrupted Elf

28:42 One of these two powerful women rides away across Númenor
31:18 "What will you take next? Our Land?"
34:28 Galadriel flees to the other side of Númenor
36:14 "This is no sigil, it is a map"
39:00 "After I lost Rose" mother of Elanor
48:48 Elanor makes her stand: "Flee every danger."
51:20 "The Galadriel. Scourge of the Orcs."
54:00 Earien: "I made apprentice. I've been accepted into the builder's guild."
55:45 Galadriel loves human king "Your people have no king, for you are him."
58:06 "It is here father, the moment we feared. The Elf has arrived."
59:22 Elanor befriends a wizard X$^{10}$

097 "ordered the ruin and wreckage of Mordor"
180 "she traveled with Aldarion to Númenor"
180 "The NKS Hirilondë, the Haven-finder"
158 Galadriel accepted Ereinan's invitation to stay
181 "Ancalimë was horrified"
182 "Ancalimë's antipathy for Galadriel"
182 "none would bear her to live"
095 "coupled with the Elven power of Glorfindel, the Rings of Power of Sauron now lived on"
181 "rode her horse past the peak of Meneltarma"
182 "she would rob Men of… this island Kingdom"
185 "to the far side of the island"
351 "Coat of Arms…this is a map"
vii "Elanor… daughter of Samwise and Rosie"
341 "this is my duty and I have to keep doing it"
158 "Galadriel… impaled the… King of Orcs"
013 "a woman should be given an apprenticeship"
179 Galadriel and Aldarion began having an affair
183 Galadriel dragging Númenóreans back into war
010 "Alatar… bowed… to Lady Elanor"

# Episode 4

05:56 "Elf ships on our shore"
07:30 "Elven hands will never take Númenor… remain a Kingdom of Men."
09:28 "And I suppose that Elendil here is a great Rhunic Emperor."
10:23 "Not all Númenor."
18:20 "I am no god. At least… not yet"

184 "rumors… of invading armies & coming wars"
183 "Númenor was for Men alone"
054 "strangely tribal-sounding honorific 'Emperor'"
184 "Rival factions were forming"
304 "one step closer to eclipsing Vala like Ulbandi, and the day he would no longer fear even Ilúvatar"

## Episode 5

08:30 Adar [Estel, Prince of the Orcelven, father of a nation]
34:17 Elf pulls out arrow, Man heals with the Elfin Seeds
46:20 "When I was a child, I heard stories of Elves taken by Morgoth"
50:17 "I vow to eradicate every last one of you." Galadriel.
56:07 Galadriel in love with the King from Númenor
59:30 Magically induced mountain flood

[Waters of Awakening]
083 "Glorfindel himself was caught"
304 "eradicate every Orcelven you have…birthed!"
184 "she had fallen in love with him"
316 "I hear in the distance mountains, the beginning of the faintest roar"

## Episode 7

09:56 Gandalf: "Lote"
36:45 Durin: "you were a might Dwarfish for an Elf."
48:39 Three evil women hunting a wizard
53:44 Queen Regent with a blindfold pulled over her eyes

134 Malvia.. lifted her voice…appeared a Lótë tree"
164 "his intensity… looked like a Dwarf"
298 "Anfauglir… Latistha… and Leminkkäenin"
298 "a blindfold around her eyes pinned her hair against her head"