Lacy "Lance" H. Koonce, III
128 Iden Ave., Pelham, NY 10803

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DEMETRIOUS POLYCHRON | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-02831-SVW(Ex) |
| v. | |
| JEFF BEZOS, et. al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lacy "Lance" H. Koonce, III          of          Klaris Law PLLC
*Applicant's Name (Last Name, First Name & Middle Initial*                      29 Little W 12th St.
917-612-5861                                                                    New York, NY 10014
*Telephone Number*     *Fax Number*
Lance.koonce@klarislaw.com
*E-Mail Address*                                                                *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The Tolkien Estate Ltd, The Tolkien Trust and Simon Tolkien

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Vick, Kevin                           of          Jassy Vick LLP
*Designee's Name (Last Name, First Name & Middle Initial*                       355 S Grand Ave #2450
220738          310-870-7048                                                    Los Angeles, CA 90071
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
kvick@jassyvick.com
*E-Mail Address*                                                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

_____
**U.S. District Judge/U.S. Magistrate Judge**

Dated: