Lacy "Lance" H. Koonce, III
128 Iden Ave., Pelham, NY 10803

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOUS POLYCHRON | CASE NUMBER |
| Plaintiff(s) | 2:23-cv-02831-SVW(Ex) |
| v. | |
| JEFF BEZOS, et. al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lacy "Lance" H. Koonce, III
*Applicant's Name (Last Name, First Name & Middle Initial*

917-612-5861
*Telephone Number*          *Fax Number*

Lance.koonce@klarislaw.com
*E-Mail Address*

of

Klaris Law PLLC
29 Little W 12th St.
New York, NY 10014

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The Tolkien Estate Ltd, The Tolkien Trust and Simon Tolkien

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Vick, Kevin
*Designee's Name (Last Name, First Name & Middle Initial*

220738                    310-870-7048
*Designee's Cal. Bar No.*   *Telephone Number*      *Fax Number*

kvick@jassyvick.com
*E-Mail Address*

of

Jassy Vick LLP
355 S Grand Ave #2450
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:

    ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application:

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated:  July 26, 2023

**STEPHEN V. WILSON, U.S. District Judge**