Lacy H. ("Lance") Koonce, III (admitted pro hac vice)
Gili Karev (Bar No. 348774)
KLARIS LAW
29 Little West 12 Street
New York, NY 10014

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DEMETRIOUS POLYCHRON, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cv-02831-SVW-E |
| v. | |
| JEFF BEZOS, et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☐ Filed  ☑ Lodged: **(List Documents)**

EXHIBIT 1, In Support of Defendants the Tolkien Estate Limited, the Tolkien Trust and Simon Tolkien's Motion to Dismiss Plaintiff's First Amended Complaint is the book titled The Lord of the Rings, 50th Anniversay One-Volume Edition, authored by J.R.R. Tolkein, ISBN 978-0-618-64015-7.

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

July 27, 2023
Date

Lacy H. ("Lance") Koonce, III
Attorney Name

Defendants The Tolkien Estate Ltd., The Tolkien T...
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)        NOTICE OF MANUAL FILING OR LODGING