| | |
|---|---|
| 1 | LACY H. ("Lance") KOONCE, III (*admitted pro hac vice*) |
| 2 | GILI KAREV (Bar Number: 348774*)* |
|   | **KLARIS LAW** |
| 3 | 29 Little West 12 St. |
|   | New York, NY 10014 |
| 4 | Telephone:(917) 612-5861 |
| 5 | Email:     lance.koonce@klarislaw.com |
| 6 | |
|   | Attorneys for the Tolkien Estate Limited, the Tolkien Trust and Simon Tolkien. |
| 7 | |
| 8 | **IN THE UNITED STATES DISTRICT COURT** |
| 9 | **THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION** |

| | | |
|---|---|---|
| 12 | DEMETRIOUS POLYCHRON | Case No. 2:23-cv-02831-SVW-E |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | v. | |
|    | JEFF BEZOS, an Individual, JENNIFER SALKE, An Individual, SIMON TOLKIEN, an Individual, PATRICK MCKAY, an Individual, JOHN D. PAYNE, an Individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES, LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100, | **DECLARATION OF LACY H. KOONCE, III IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| 21 | Defendants. | |

# DECLARATION OF LACY H. KOONCE, III

I, Lacy H. Koonce, III, declare as follows:

1. I am an attorney at Klaris Law and have been admitted *pro hac vice* to practice before this Court. I am counsel for Defendants the Tolkien Estate Limited, the Tolkien Trust and Simon Tolkien (collectively, the "Tolkien Defendants") in the above-referenced matter. I submit this declaration in support of the Tolkien Defendants' Motion to Dismiss Plaintiff's First Amended Complaint ("FAC"), filed concurrently with this declaration.

2. Lodged as a physical copy in accordance with L.R. 11-5.1 and referenced herein as **Exhibit A** is a true and correct copy of a single volume of J.R.R. Tolkien's book *The Lord of the Rings*, referenced in the FAC at ¶¶ 25-27, 29-30.

3. Attached hereto as **Exhibit B** is a true and correct copy of the November 21, 2017 letter from Plaintiff to Defendant Simon Tolkien in which Plaintiff admits to having written a sequel to *The Lord of the Rings*, referenced in the FAC at ¶ 26.

4. Attached hereto as **Exhibit C** is a true and correct copy of the November 7, 2019 letter from Plaintiff's counsel, and accompanying statement from Demetrious Polychron, to Defendant Simon Tolkien regarding a potential collaboration with the Tolkien Estate on the publication of such sequel, referenced in the FAC at ¶ 27.

5. Attached hereto as **Exhibit D** is a true and correct copy of the response from counsel for the Tolkien Estate that it did not wish to grant the right to publish a sequel to *The Lord of the Rings*, referenced in the FAC at ¶ 27.

6. Attached hereto as **Exhibit E** is a true and correct copy of the December 24, 2019 letter that Plaintiff hand-delivered to Defendant Simon Tolkien alongside a physical copy of his infringing manuscript, referenced in the FAC at ¶ 28.

7. Attached hereto as **Exhibit F** is a true and correct copy of the September 22, 2022 version of Plaintiff's sequel, *The Fellowship of the King*,

referenced in the FAC at ¶ 23.

8. Attached hereto as **Exhibit G** is a true and correct copy of the November 21, 2017 deposit copy of Plaintiff's sequel, *The Fellowship of the King* submitted to the U.S. Copyright Office for registration, referenced in the FAC at ¶ 26.

9. Attached hereto as **Exhibit H** is a true and correct copy of the cover artwork and text for the hardcover version of Plaintiff's sequel, *The Fellowship of the King* published on September 22, 2022, referenced in the FAC at Exhibit B.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of July, 2023 in Pelham, New York.

    /s/ Lacy H. Koonce, IIII
    Lacy H. Koonce, III