# Exhibit A

**Lodged Manually with the Clerk of the Court**

Lodged as a physical copy in accordance with L.R. 11-5.1 is a true and correct copy of a single volume of J.R.R. Tolkien's book The Lord of the Rings