# EXHIBIT D

| | |
|---|---|
| **Subject:** | FW: License Request (Matter 136469.3000) |
| **Date:** | Friday, November 8, 2019 at 7:33:51 AM Eastern Standard Time |
| **From:** | Cathleen Blackburn |
| **To:** | LGraybeal@perkinscoie.com |
| **CC:** | KLarson@perkinscoie.com, Steven Maier |
| **Attachments:** | ATT00002.htm, 20191107 Letter to S Maier Re Tolkien_PDFFinal.PDF, ATT00001.htm, 11-07-19 DP Tolkien Estate Invitation.pdf |

Dear Ms Graybeal,

Thank you for your letter and that of your client addressed to my colleague, Steven Maier.  As I deal with such requests, Steven has passed your correspondence to me.

I appreciate that this will come as a disappointment to Mr Polychron, whose enthusiasm and love for the work of J R R Tolkien is evident, but the Tolkien Estate has long maintained a policy of not licensing other writers to create sequels or extensions to Tolkien's famous works.  As I say, this is a matter of policy and does not reflect on the qualities of the applicants who may seek to undertake such writing.  There is no plan to revisit this policy at the present time.

With kind regards,

-----------------------

Cathleen Blackburn
Partner

## maier blackburn

| | | |
|---|---|---|
| Prama House | Tel: | +44 (0) 1865 339330 |
| 267 Banbury Road | Fax: | +44 (0) 1865 339331 |
| Oxford OX2 7HT | | |
| UK | | www.maierblackburn.com |

Maier Blackburn LLP is a limited liability partnership registered in England & Wales under number OC376499
The firm is authorised and regulated by the Solicitors Regulation Authority

---

**From:** Steven Maier
**Sent:** 07 November 2019 23:06
**To:** Cathleen Blackburn <cathleen.blackburn@maierblackburn.com>
**Subject:** Fwd: License Request (Matter 136469.3000)

-----------------------

Steven A. Maier
Partner

## maier blackburn

| | | |
|---|---|---|
| Prama House | Tel: | +44 (0) 1865 339330 |
| 267 Banbury Road | Fax: | +44 (0) 1865 339331 |
| Oxford OX2 7HT | | |
| UK | | www.maierblackburn.com |

Maier Blackburn LLP is a limited liability partnership registered in England & Wales under number OC376499
The firm is authorised and regulated by the Solicitors Regulation Authority
Steven A. Maier
Maier Blackburn LLP

Sent from my iPad


Begin forwarded message:

> **From:** "Graybeal, Lynne E. (Perkins Coie)" <LGraybeal@perkinscoie.com>
> **Date:** 7 November 2019 at 21:53:59 GMT
> **To:** Steven Maier <steven.maier@maierblackburn.com>
> **Cc:** "Graybeal, Lynne E. (Perkins Coie)" <LGraybeal@perkinscoie.com>, "Larson, Kirstin E. (Perkins Coie)" <KLarson@perkinscoie.com>
> **Subject: License Request (Matter 136469.3000)**
>
> Via Email & International Courier
>
>
> Steven Andrew Maier, Solicitor
>
> The Tolkien Estate Limited,
> C/O Maier Blackburn LLP
> Prama House
>
> 267 Banbury Road, Oxford
>
> Oxfordshire, OX2 7HT
>
> Re:     License Request
> Client-Matter No. 136469.3000
>
> Dear Mr. Maier,
> Attached are a letter from Lynne Graybeal regarding a license matter and an introduction letter from Mr. Polychron.  Please acknowledge your receipt of this email.
>
> If you have any questions regarding this matter Ms. Graybeal may be reached by telephone at 1 (206) 359-6485 or by email at
> lgraybeal@perkinscoie.com<mailto:lgraybeal@perkinscoie.com>.
>
>
> Kristi Garrison | Perkins Coie LLP
> LEGAL PRACTICE ASSISTANT TO LYNNE GRAYBEAL,
> &  WINFIELD (WIN) MARTIN
> D. +1.206.359.3569
> E. kgarrison@perkinscoie.com<mailto:kgarrison@perkinscoie.com>
> [cid:image001.jpg@01D30793.85AE83B0]

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.