| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Lacy H. Koonce, III <br> Gili Karev <br> Klaris Law PLLC <br> 29 Little West 12th Street <br> New York, NY 10014 <br> 917-612-5861 | |

ATTORNEY(S) FOR: Tolkien Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DEMETRIOUS POLYCHRON | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-02831-SVW-E |
| v. | |
| JEFF BEZOS, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   The Tolkien Estate Limited, the Tolkien Trust, and Simon Tolkien
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| The Tolkien Estate Limited | Defendant |
| The Tolkien Trust | Defendant |
| Simon Tolkien | Defendant |

July 27, 2023                                              /s/ Lacy H.Koonce, III
Date                                                              Signature

Attorney of record for (or name of party appearing in pro per):

Lacy H. Koonce, III