| | |
|---|---|
| 1 | LACY H. ("Lance") KOONCE, III (*admitted pro hac vice*) |
| 2 | GILI KAREV (Bar Number: 348774*)* |
|   | **KLARIS LAW** |
| 3 | 29 Little West 12 St. |
| 4 | New York, NY 10014 |
|   | Telephone:(917) 612-5861 |
| 5 | Email:     lance.koonce@klarislaw.com |

Attorneys for Defendants the Tolkien Estate Limited, the Tolkien Trust and Simon Tolkien.

## IN THE UNITED STATES DISTRICT COURT
## THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DEMETRIOUS POLYCHRON | Case No. 2:23-cv-02831-SVW-E |
| Plaintiff, | |
| v. | **DEFENDANTS THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST AND SIMON TOLKIEN'S NOTICE OF ERRATA REGARDING NOTICE OF LODGING** |
| JEFF BEZOS, an Individual, JENNIFER SALKE, An Individual, SIMON TOLKIEN, an Individual, PATRICK MCKAY, an Individual, JOHN D. PAYNE, an Individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES, LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100, | |
|  | Date: August 28, 2023 |
|  | Time: 1:30pm |
|  | Place: Courtroom 10A |
| Defendants. | |
|  | Complaint Filed: April 4, 2023 |
|  | Amended Complaint Filed: July 13, 2023 |

# NOTICE OF ERRATA

PLEASE TAKE NOTICE that Defendants the Tolkien Estate Limited, the Tolkien Trust and Simon Tolkien (the "Tolkien Defendants") hereby request the Court to take notice of the following errata:

On July 27, 2023, Tolkien Defendants filed a Notice of Lodging, Docket No. 36, in which the Tolkien Defendants inadvertently listed the lodged exhibit as "Exhibit 1". The corrected Notice of Lodging with the correct reference to "Exhibit A" was subsequently filed as Docket No. 38.

Respectfully submitted,
KLARIS LAW PLLC
JASSY VICK LLC

By: /s/ Lacy H. Koonce, IIII
Lacy H. Koonce, IIII

*Attorneys for Defendants the Tolkien Estate Limited, the Tolkien Trust, and Simon Tolkien*