NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
SAMUEL A. TURNER (State Bar No. 338089)
  samturner@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

AMANDA LEVINE (*pro hac vice*)
  amandalevine@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Fax: (212) 489-8340

Attorneys for Defendants
AMAZON STUDIOS LLC, AMAZON CONTENT SERVICES LLC, PATRICK MCKAY, JOHN D. PAYNE, JEFF BEZOS, AND JENNIFER SALKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOUS POLYCHRON, an individual<br><br>            Plaintiff,<br><br>       vs.<br><br>JEFF BEZOS, an individual, JENNIFER SALKE, an individual, SIMON TOLKIEN, an individual, PATRICK MCKAY, an individual, JOHN D. PAYNE, an individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100<br><br>            Defendants. | Case No. 2:23-cv-02831-SVW (Ex)<br><br>**DECLARATION OF AMANDA LEVINE IN SUPPORT OF AMAZON DEFENDANTS' MOTION TO DISMISS** |

LEVINE DECLARATION
4884-1718-6674v.1 0051461-005588

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## DECLARATION OF AMANDA LEVINE

I, Amanda Levine, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of New York, the U.S. District Courts for the Southern and Eastern Districts of New York, and the U.S. Court of Appeals for the Second Circuit, and am admitted to practice *pro hac vice* in this action. I am an associate in the law firm of Davis Wright Tremaine LLP, and I am one of the attorneys representing defendants Amazon Studios LLC, Amazon Content Services LLC, Patrick McKay, John D. Payne, Jeff Bezos, and Jennifer Salke (collectively, the "Amazon Defendants") in this matter. If called to testify, I could and would competently testify to these facts.

2. In support of their concurrently filed motion to dismiss, the Amazon Defendants will be separately lodging with this Court a link containing **Exhibit 1**, which contains the eight episodes comprising the first season of Amazon's original series, *The Lord of the Rings: Rings of Power*.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed on the 27th day of July, 2023, in New York, New York.

*Amanda Levine*
Amanda Levine

LEVINE DECLARATION
4884-1718-6674v.1 0051461-005588

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899