1 | NICOLAS A. JAMPOL (State Bar No. 244867)
      nicolasjampol@dwt.com
2 | SAMUEL A. TURNER (State Bar No. 338089)
      samturner@dwt.com
3 | DAVIS WRIGHT TREMAINE LLP
4 | 865 South Figueroa Street, 24th Floor
    Los Angeles, California 90017-2566
5 | Telephone: (213) 633-6800
    Fax: (213) 633-6899

6 | AMANDA LEVINE (*pro hac vice*)
      amandalevine@dwt.com
7 | DAVIS WRIGHT TREMAINE LLP
8 | 1251 Avenue of the Americas, 21st Floor
    New York, New York 10020
9 | Telephone: (212) 489-8230
    Fax: (212) 489-8340

10 | Attorneys for Defendants
11 | AMAZON STUDIOS LLC, AMAZON CONTENT SERVICES LLC, PATRICK
12 | MCKAY, JOHN D. PAYNE, JEFF BEZOS, AND JENNIFER SALKE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOUS POLYCHRON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, an individual, JENNIFER SALKE, an individual, SIMON TOLKIEN, an individual, PATRICK MCKAY, an individual, JOHN D. PAYNE, an individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100<br><br>Defendants. | Case No. 2:23-cv-02831-SVW (Ex)<br><br>**AMAZON DEFENDANTS' NOTICE OF LODGING OF EXHIBIT 1** |

AMAZON DEFENDANTS'
NOTICE OF LODGING
4880-6355-4162v.1 0051461-005588

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that defendants Amazon Studios LLC, Amazon Content Services LLC, Patrick McKay, John D. Payne, Jeff Bezos, and Jennifer Salke (collectively, the "Amazon Defendants") will lodge with the Court a link authenticated as Exhibit 1 to the Declaration of Amanda Levine. This link contains the eight episodes that comprise the first season of Amazon's original series, *The Lord of the Rings: Rings of Power*.

Dated: July 27, 2023

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
AMANDA LEVINE
SAMUEL A. TURNER

By: /s/ Nicolas A. Jampol
Nicolas A. Jampol

Attorneys for the
Amazon Defendants

AMAZON DEFENDANTS'
NOTICE OF LODGING
4880-6355-4162v.1 0051461-005588

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899