NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
SAMUEL A. TURNER (State Bar No. 338089)
  samturner@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

AMANDA LEVINE (*pro hac vice*)
  amandalevine@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Fax: (212) 489-8340

Attorneys for Defendants
AMAZON STUDIOS LLC, AMAZON CONTENT SERVICES LLC, PATRICK MCKAY, JOHN D. PAYNE, JEFF BEZOS, AND JENNIFER SALKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOUS POLYCHRON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, an individual, JENNIFER SALKE, an individual, SIMON TOLKIEN, an individual, PATRICK MCKAY, an individual, JOHN D. PAYNE, an individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100<br><br>Defendants. | Case No. 2:23-cv-02831-SVW (Ex)<br><br>**[PROPOSED] ORDER GRANTING AMAZON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendants Amazon Studios LLC, Amazon Content Services LLC, Patrick McKay, John D. Payne, Jeff Bezos, and Jennifer Salke (collectively, the "Amazon Defendants") filed a motion to dismiss the First Amended Complaint ("FAC") of plaintiff Demetrious Polychron ("Plaintiff"). Having reviewed and considered the motion and all other papers and argument, the motion is **GRANTED**.

Plaintiff's FAC fails to plead contributory or vicarious copyright infringement against the Amazon Defendants. The FAC fails to establish direct infringement, which is a necessary element of both contributory and vicarious infringement. This is because Plaintiff's work, as an unauthorized derivative work of J.R.R. Tolkien's *The Lord of the Rings*, is not entitled to copyright protection as a matter of law. *See Anderson v. Stallone*, 1989 WL 206431, at *8 (C.D. Cal. Apr. 25, 1989). In addition, even if Plaintiff's work were entitled to copyright protection, it is not substantially similar to the Amazon Defendants' original series, *The Lord of the Rings: Rings of Power*. *See Rentmeester v. Nike, Inc.*, 883 F.3d 1111, 1118 (9th Cir. 2018). Further, Plaintiff's allegations of contributory and vicarious infringement are threadbare and conclusory and fail to plausibly allege which parties are alleged to have directly infringed and which have contributed to such infringement or are vicariously liable for such infringement. *See Luvdarts, LLC v. AT&T Mobility, LLC*, 710 F.3d 1068, 1072 (9th Cir. 2013).

Accordingly, Plaintiff's FAC is **DISMISSED** in its entirety with prejudice.

**IT IS SO ORDERED**.

Dated: _____    By: _____
                         Hon. Stephen V. Wilson
                         United States District Judge

1

[PROPOSED] ORDER
4873-6745-6115v.1 0051461-005588

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899