NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
SAMUEL A. TURNER (State Bar No. 338089)
  samturner@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

AMANDA LEVINE (*pro hac vice*)
  amandalevine@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone:  (212) 489-8230
Fax:  (212) 489-8340

Attorneys for Defendants
AMAZON STUDIOS LLC, AMAZON CONTENT SERVICES LLC, PATRICK MCKAY, JOHN D. PAYNE, JEFF BEZOS, AND JENNIFER SALKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOUS POLYCHRON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, an individual, JENNIFER SALKE, an individual, SIMON TOLKIEN, an individual, PATRICK MCKAY, an individual, JOHN D. PAYNE, an individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100<br><br>Defendants. | Case No. 2:23-cv-02831-SVW (Ex)<br><br>**AMAZON DEFENDANTS' NOTICE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Amazon Studios LLC, Amazon Content Services LLC, Patrick McKay, John D. Payne, Jeff Bezos, and Jennifer Salke (collectively, the "Amazon Defendants") disclose that Amazon Studios LLC and Amazon Content Services LLC are wholly owned indirect subsidiaries of Amazon.com, Inc.  Amazon.com, Inc. has no parent company, and no other publicly held corporation owns 10% or more of Amazon.com, Inc.'s stock.

Pursuant to Civil Local Rule 7.1-1, the undersigned counsel of record for the Amazon Defendants certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Demetrious Polychron – Plaintiff
- Amazon Studios LLC – Defendant
- Amazon Content Services LLC – Defendant
- Patrick McKay – Defendant
- John D. Payne – Defendant
- Jeff Bezos – Defendant
- Jennifer Salke – Defendant
- The Tolkien Estate Limited – Defendant
- The Tolkien Trust – Defendant
- Simon Tolkien – Defendant
- CNA – Insurer

DATED: July 27, 2023

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
AMANDA LEVINE
SAMUEL A. TURNER

By: ___/s/ Nicolas A. Jampol___
Nicolas A. Jampol

Attorneys for the
Amazon Defendants

NOTICE OF INTERESTED PARTIES
4855-2209-4707v.1 0051461-005588

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899