Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA  92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Plaintiff, Demetrious Polychron

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| DEMETRIOUS POLYCHRON<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, et al.,<br>Defendants. | Case No.: 2:23-cv-02831-SVW(Ex)<br><br>**[PROPOSED] ORDER DENYING AMAZON DEFENDANTS' MOTION TO DISMISS** |

This matter is before the Court on Amazon Studios LLC, Amazon Content Services LLC, Patrick McKay, John D. Payne, Jeff Bezos and Jennifer Salke (the "Amazon Defendants") Motion to Dismiss Plaintiff's Amended Complaint.  Having reviewed the papers and heard arguments, the Amazon Defendants' Motion to Dismiss is denied. The Amazon Defendants shall file an Answer to the FAC before 20 days following this order.

Date: _____          _____

Stephen V. Wilson, USDC Judge

Central District of California

**[PROPOSED] ORDER DENYING AMAZON DEFENDANTS' MOTION TO DISMISS**