# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| DEMETRIOUS POLYCHRON<br><br>               Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, et al.,<br><br>               Defendants. | Case No.: 2:23-cv-02831-SVW(Ex)<br><br>**[PROPOSED] ORDER DENYING TOLKIEN DEFENDANTS' MOTION TO DISMISS** |
|---|---|

    This matter is before the Court on The Tolkien Estate Limited's, The Tolkien Trust's and Simon Tolkien's (the "Tolkien Defendants") Motion to Dismiss Plaintiff's Amended Complaint. Having reviewed the papers and heard arguments, the Tolkien Defendants' Motion to Dismiss is denied. The Tolkien Defendants shall file an Answer to the FAC before 20 days following this order.

Date: _____

                                                            Stephen V. Wilson, USDC Judge

                                                             Central District of California