AO 121 (Rev. 06/16)

| TO: Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>2:23-cv-02831-SVW-Ex | DATE FILED<br>04/14/2023 | United States District Court, Central District of California, Western Division, Edward R. Roybal Federal Building & U.S. Courthouse 255 East Temple Street, Los Angeles, CA 90012 |
| PLAINTIFF<br>DEMETRIOUS POLYCHRON, an Individual | | DEFENDANT<br>JEFF BEZOS, an Individual, JENNIFER SALKE, An Individual, SIMON TOLKIEN, an Individual, PATRICK MCKAY, an Individual, JOHN D. PAYNE, an Individual, AMAZON STUDIOS LLC, AMAZON CONTENT SERVICES, LLS, A THE TOLKIEN ESTATE, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 TXu 2-076-068 | The Fellowship of the King | Demetrious Polychron (Author) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☑ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 TXu 2-076-068 | The Fellowship of the King | Demetrious Polychron (Author) |
| 2 PA0002384079 | The Lord of the Rings: The Ring of Power: 101, A Shadow of the Past. | Amazon Content Services, LLC |
| 3 PA0002385184 | The Lord of the Rings: The Ring of Power: 102, ADRIFT. | Amazon Content Services, LLC |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order ☐ Judgment | ☐ Yes ☒ No | 08/14/2023 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Kiry K. Gray | A. Bandek | 08/14/2023 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Attachment to Form AO-121**

| Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|
| PA0002385180 | The Lord of the Rings: The Ring of Power: 103, ADAR. | Amazon Content Services, LLC |
| PA0002385177 | The Lord of the Rings: The Ring of Power: 104, The Great Wave. | Amazon Content Services, LLC |
| PA0002385169 | The Lord of the Rings: The Ring of Power: 105, Partings. | Amazon Content Services, LLC |
| PA0002385154 | The Lord of the Rings: The Ring of Power: 107, The Eye. | Amazon Content Services, LLC |
| PA0002385182 | The Lord of the Rings: The Ring of Power: 108, Alloyed. | Amazon Content Services, LLC |