1  NICOLAS A. JAMPOL (State Bar No. 244867)
    nicolasjampol@dwt.com
2  SAMUEL A. TURNER (State Bar No. 338089)
    samturner@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
4  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
5  Fax:  (213) 633-6899

6  AMANDA LEVINE (*pro hac vice*)
    amandalevine@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   1251 Avenue of the Americas, 21st Floor
8  New York, New York 10020
   Telephone:  (212) 489-8230
9  Fax:  (212) 489-8340

10 Attorneys for Defendants
11 AMAZON STUDIOS LLC, AMAZON CONTENT SERVICES LLC, PATRICK MCKAY, JOHN D. PAYNE, JEFF BEZOS, AND JENNIFER SALKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOUS POLYCHRON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, an individual, JENNIFER SALKE, an individual, SIMON TOLKIEN, an individual, PATRICK MCKAY, an individual, JOHN D. PAYNE, an individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100<br><br>Defendants. | Case No. 2:23-cv-02831-SVW (Ex)<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |

# NOTICE OF LODGING

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Amazon Studios LLC, Amazon Content Services LLC, Patrick McKay, John D. Payne, Jeff Bezos, and Jennifer Salke have lodged the accompanying proposed Judgment with the Court.

DATED: August 18, 2023

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
AMANDA LEVINE
SAMUEL A. TURNER

By: /s/ Nicolas A. Jampol
      Nicolas A. Jampol

Attorneys for the Amazon Defendants