NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
SAMUEL A. TURNER (State Bar No. 338089)
  samturner@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

AMANDA LEVINE (*pro hac vice*)
  amandalevine@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Fax: (212) 489-8340

Attorneys for Defendants
AMAZON STUDIOS LLC, AMAZON CONTENT SERVICES LLC, PATRICK MCKAY, JOHN D. PAYNE, JEFF BEZOS, AND JENNIFER SALKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOUS POLYCHRON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, an individual, JENNIFER SALKE, an individual, SIMON TOLKIEN, an individual, PATRICK MCKAY, an individual, JOHN D. PAYNE, an individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100<br><br>Defendants. | Case No. 2:23-cv-02831-SVW (Ex)<br><br>**[PROPOSED] JUDGMENT** |

# JUDGMENT

Plaintiff Demetrious Polychron brought this action against (1) defendants Amazon Studios LLC, Amazon Content Services LLC, Patrick McKay, John D. Payne, Jeff Bezos, and Jennifer Salke (the "Amazon Defendants"); and (2) the Tolkien Estate Limited, the Tolkien Trust, and Simon Tolkien (the "Tolkien Defendants"). Having considered the motions to dismiss filed by the Amazon Defendants and the Tolkien Defendants, and having granted both motions (Dkt. 47), **IT IS ORDERED AND ADJUDGED** that:

1. This action is **DISMISSED WITH PREJUDICE** on the merits and in its entirety.
2. Judgment is entered in favor of the Amazon Defendants and the Tolkien Defendants on all claims in this action.
3. Plaintiff takes nothing in his action.

This document constitutes a judgment and a separate document for the purposes of Federal Rule of Civil Procedure 58(a).

Any motion for attorneys' fees filed by the Amazon Defendants and/or the Tolkien Defendants shall be filed within fourteen days from the date of this Order.

Dated: _____   By: _____
　　　　　　　　　　　　　　　　　Stephen V. Wilson
　　　　　　　　　　　　　　　　　United States District Judge