# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOUS POLYCHRON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, an individual, JENNIFER SALKE, an individual, SIMON TOLKIEN, an individual, PATRICK MCKAY, an individual, JOHN D. PAYNE, an individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100<br><br>Defendants. | Case No. 2:23-cv-02831-SVW(Ex)<br><br>**JUDGMENT** |

# JUDGMENT

Plaintiff Demetrious Polychron brought this action against (1) defendants Amazon Studios LLC, Amazon Content Services LLC, Patrick McKay, John D. Payne, Jeff Bezos, and Jennifer Salke (the "Amazon Defendants"); and (2) the Tolkien Estate Limited, the Tolkien Trust, and Simon Tolkien (the "Tolkien Defendants"). Having considered the motions to dismiss filed by the Amazon Defendants and the Tolkien Defendants, and having granted both motions (Dkt. 47), **IT IS ORDERED AND ADJUDGED** that:

1. This action is **DISMISSED WITH PREJUDICE** on the merits and in its entirety.
2. Judgment is entered in favor of the Amazon Defendants and the Tolkien Defendants on all claims in this action.
3. Plaintiff takes nothing in his action.

This document constitutes a judgment and a separate document for the purposes of Federal Rule of Civil Procedure 58(a).

Any motion for attorneys' fees filed by the Amazon Defendants and/or the Tolkien Defendants shall be filed within fourteen days from the date of this Order.

Dated: August 25, 2023

By: _____
Stephen V. Wilson
United States District Judge