1  Katie M. Charleston (SBN 252422)
   Katie Charleston Law, PC
2  9151 Atlanta Avenue, No. 6427
3  Huntington Beach, CA  92615
   PH: 317-663-9190
4  Fax: 317-279-6258
5  Email: katie@katiecharlestonlaw.com

6

7  Attorney for Plaintiff, Demetrious Polychron

8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10 **WESTERN DIVISION**

| DEMETRIOUS POLYCHRON | Case No.: 2:23-cv-02831-SVW-E |
|---|---|
| Plaintiff, | **DECLARATION OF KATIE CHARLESTON IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE** |
| vs. | |
| JEFF BEZOS, et al., | |
| Defendants. | |

**DECLARATION OF KATIE CHARLESTON IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**
1

I, Katie M. Charleston, declare as follows:

1. I am the attorney of record for Plaintiff Demetrious Polychron ("Plaintiff"). I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. There has been a significant breakdown in the attorney-client relationship in that Plaintiff has been habitually unresponsive, and with looming deadlines, has become even more unresponsive to the undersigned's multiple attempts at contact.

3. On August 21, 2023, I attempted to reach Plaintiff via telephone and email. No response was received from Plaintiff.

4. On August 28, 2023, I attempted to reach Plaintiff via telephone and email. No response was received from Plaintiff.

5. On August 29, 2023, I attempted to reach Plaintiff via his client portal to approve a pleading and no response was received.

6. On August 30, 2023, I instructed my staff to attempt to reach Plaintiff regarding upcoming deadlines.

7. Despite this lack of communication from Plaintiff, I continued to secure his interests by conferring with opposing counsel, drafting pleadings, notifying Plaintiff as needed, and timely filing pleadings.

8. Plaintiff has been notified and is aware of the September 25, 2023, appellate deadline relating to this Court's entry of Judgment on August 25, 2023.

9. Plaintiff has been notified and is aware of the Defendants' September 8, 2023, filing deadline for their attorney fee motions.

10. Plaintiff has not provided payment for services rendered in over two months.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 31, 2023                    /s/ *Katie Charleston*
                                           Katie Charleston, Esq.

**DECLARATION OF KATIE CHARLESTON IN SUPPORT OF**
**MOTION TO WITHDRAW APPEARANCE**
2