# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| DEMETRIOUS POLYCHRON  Plaintiff,  vs.  JEFF BEZOS, et al.,  Defendants. | Case No.: 2:23-cv-02831-SVW-E  **[PROPOSED] ORDER ON KATIE CHARLESTON'S MOTION TO WITHDRAW APPEARANCE** |
|---|---|

**[PROPOSED] ORDER ON KATIE CHARLESTON'S MOTION TO WITHDRAW APPEARANCE**

This matter is before the Court on Katie Charleston's Motion to Withdraw Appearance. Having reviewed the papers and heard the arguments of counsel, the Court now grants the Motion.

It is therefore ordered that Katie Charleston's Appearance on behalf of Plaintiff, Demetrious Polychron, is withdrawn.

Dated: _____        _____
                                     Stephen V. Wilson, Judge
                                     USDC, Central District of California

**[PROPOSED] ORDER ON KATIE CHARLESTON'S MOTION TO WITHDRAW APPEARANCE**