# EXHIBIT 3

| | |
|---|---|
| **From:** | Levine, Amanda |
| **Sent:** | Wednesday, July 19, 2023 10:23 AM |
| **To:** | 'Katie Charleston' |
| **Cc:** | Jampol, Nicolas; 'Lance Koonce'; Gili Karev; cathleen@katiecharlestonlaw.com |
| **Subject:** | Polychron v. Bezos (2:23-cv-02831) |

Hi Katie,

Following our call yesterday, we received a copy of the manuscript that Plaintiff registered with the Copyright Office. It appears that this work is different than the novel that Plaintiff sued upon. Among other things, the copyrighted manuscript contains no cover image, has no Prologue, the page numbers are different, and the wording is different.

Because a copyright plaintiff can only sue upon a registered work, we plan to raise this in our motion to dismiss. We will proceed with filing that motion next week unless we hear anything different from you.

Best,
Amanda

**Amanda Levine** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 402-4061 | Fax: (212) 489-8340
Email: amandalevine@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.