# EXHIBIT 4

| Date | Timekeeper | Hours | Rate | Amount | Task Type | Narrative |
|---|---|---|---|---|---|---|
| 4/18/2023 | Jampol, Nicolas | 1.3 | $650.00 | $845.00 | Case Management | Review complaint and communicate with client and counsel for Tolkien estate regarding complaint and next steps |
| 4/19/2023 | Jampol, Nicolas | 0.3 | $650.00 | $195.00 | Case Management | Communicate with client and Tolkien counsel regarding overall strategy |
| 4/20/2023 | Levine, Amanda | 0.3 | $550.00 | $165.00 | Case Management | Research regarding Plaintiff's book and advertising for same |
| 4/23/2023 | Jampol, Nicolas | 0.3 | $650.00 | $195.00 | Case Management | Communicate with Tolkien Estate and client regarding correspondence with Plaintiff's counsel |
| 4/24/2023 | Jampol, Nicolas | 2.2 | $650.00 | $1,430.00 | Case Management | Conduct factual research regarding Plaintiff and his work, review and revise correspondence to Plaintiff's counsel demanding dismissal, and communicate with client and Tolkien Estate regarding next steps |
| 4/24/2023 | Levine, Amanda | 1.8 | $550.00 | $990.00 | Case Management | Prepare letter to Plaintiff's counsel regarding lawsuit and service of same |
| 4/25/2023 | Jampol, Nicolas | 1.1 | $650.00 | $715.00 | Case Management | Communicate with counsel for Tolkien estate, review and revise correspondence to Plaintiff's counsel demanding dismissal, and communicate with client regarding same |
| 4/25/2023 | Turner, Samuel | 2.8 | $550.00 | $1,540.00 | Initial MTD | Research regarding plaintiff's ability to assert claims for copyright infringement of his unauthorized derivative work |
| 4/26/2023 | Jampol, Nicolas | 0.1 | $650.00 | $65.00 | Case Management | Communicate with client and counsel for Tolkien estate regarding correspondence to Plaintiff's counsel |
| 4/28/2023 | Turner, Samuel | 0.6 | $550.00 | $330.00 | Initial MTD | Research regarding copyright infringement of unauthorized derivative works |
| 5/1/2023 | Jampol, Nicolas | 0.1 | $650.00 | $65.00 | Initial MTD | Review research regarding infringing derivative works |
| 5/1/2023 | Turner, Samuel | 0.5 | $550.00 | $275.00 | Initial MTD | Research case law regarding copyright infringement of unauthorized derivative works and prepare memorandum regarding same |
| 5/4/2023 | Levine, Amanda | 0.9 | $550.00 | $495.00 | Initial MTD | Review Episode 1 of Rings of Power for purposes of assessing purported similarities in Complaint |
| 5/8/2023 | Levine, Amanda | 1 | $550.00 | $550.00 | Initial MTD | Review Episode 2 of Rings of Power for purposes of assessing purported similarities in Plaintiff's Complaint |
| 5/9/2023 | Levine, Amanda | 1 | $550.00 | $550.00 | Initial MTD | Watch Episode 3 of Rings of Power for purposes of analyzing purported comparisons in Complaint |
| 5/15/2023 | Levine, Amanda | 2.2 | $550.00 | $1,210.00 | Initial MTD | Watch Episode 4 of Rings of Power for purposes of analyzing purported similarities (1.2); read Fellowship of the King for purposes of analyzing purported similarities (1.0) |
| 5/17/2023 | Levine, Amanda | 1 | $550.00 | $550.00 | Initial MTD | Review Fellowship of the King for purposes of analyzing purported similarities to Rings of Power |
| 5/18/2023 | Levine, Amanda | 2.2 | $550.00 | $1,210.00 | Initial MTD | Review and provide comments on the Tolkien Estate's draft copyright infringement complaint (1.0); review Episode 5 of Rings of Power for purposes of analyzing purported similarities (.7); read Fellowship of the King for purposes of analyzing purported similarities (.5) |
| 5/19/2023 | Levine, Amanda | 3.7 | $550.00 | $2,035.00 | Initial MTD | Review Plaintiff's work for purposes of analyzing purported similarities |
| 5/24/2023 | Jampol, Nicolas | 0.3 | $650.00 | $195.00 | Case Management | Communicate with Tolkien's counsel and client regarding lawsuit against Polychron |
| 5/25/2023 | Jampol, Nicolas | 0.2 | $650.00 | $130.00 | Initial MTD | Communicate with client regarding Tolkien complaint and communicate with Tolkien's complaint and motion to dismiss |
| 5/25/2023 | Levine, Amanda | 1.1 | $550.00 | $605.00 | Initial MTD | Review Episode 6 of Rings of Power for purposes of analyzing purported similarities |
| 5/30/2023 | Levine, Amanda | 0.5 | $550.00 | $275.00 | Initial MTD | Further review of Plaintiff's work for purposes of analyzing purported similarities in Plaintiff's complaint |
| 6/8/2023 | Jampol, Nicolas | 0.3 | $650.00 | $195.00 | Initial MTD | Communicate with client regarding motion to dismiss complaint |
| 6/8/2023 | Levine, Amanda | 4 | $550.00 | $2,200.00 | Initial MTD | Telephone calls with A. Pai and N. Jampol concerning strategy for motion to dismiss (.6); research statements from Plaintiff concerning use of Tolkien works for purposes of motion to dismiss (.4); begin drafting motion to dismiss with particular focus on facts section (3.0) |
| 6/9/2023 | Jampol, Nicolas | 0.5 | $650.00 | $325.00 | Initial MTD | Communicate with Tolkien's counsel regarding motion to dismiss |

| Date | Timekeeper | Hours | Rate | Amount | Task Type | Narrative |
|---|---|---|---|---|---|---|
| 6/9/2023 | Levine, Amanda | 4 | $550.00 | $2,200.00 | Initial MTD | Draft motion to dismiss with particular focus on facts section |
| 6/11/2023 | Levine, Amanda | 3.2 | $550.00 | $1,760.00 | Initial MTD | Draft motion to dismiss with particular focus on Plaintiff's inability to copyright unauthorized derivative work |
| 6/12/2023 | Levine, Amanda | 1.2 | $550.00 | $660.00 | Initial MTD | Draft motion to dismiss with particular focus on lack of substantial similarity between two works |
| 6/16/2023 | Levine, Amanda | 3.5 | $550.00 | $1,925.00 | Initial MTD | Draft motion to dismiss complaint with focus on section concerning secondary infringement and unfair competition |
| 6/18/2023 | Levine, Amanda | 3 | $550.00 | $1,650.00 | Initial MTD | Draft motion to dismiss with particular focus on secondary liability and unfair competition claims |
| 6/19/2023 | Levine, Amanda | 0.5 | $550.00 | $275.00 | Initial MTD | Draft motion to dismiss with particular focus on claims against individual defendants |
| 6/20/2023 | Levine, Amanda | 0.6 | $550.00 | $330.00 | Initial MTD | Draft motion to dismiss with particular focus on substantial similarity arguments |
| 6/22/2023 | Turner, Samuel | 3.8 | $550.00 | $2,090.00 | Initial MTD | Research regarding (1) plaintiff's ability to allege copyright infringement claims against corporate executives, and (2) case law on substantial similarity of fantasy ideas and concepts |
| 6/23/2023 | Levine, Amanda | 2.2 | $550.00 | $1,210.00 | Initial MTD | Telephone call with counsel for Tolkien Estate regarding strategy for motions to dismiss (.6); meet and confer with Plaintiff's counsel regarding motions to dismiss (.7); legal research concerning officer liability in copyright actions (.4); legal research concerning general jurisdiction (.3) |
| 6/24/2023 | Jampol, Nicolas | 0.1 | $650.00 | $65.00 | Initial MTD | Communicate with client regarding motion to dismiss |
| 6/24/2023 | Levine, Amanda | 3.6 | $550.00 | $1,980.00 | Initial MTD | Draft motion to dismiss with particular focus on substantial similarity allegations and claims against individual defendants |
| 6/26/2023 | Levine, Amanda | 1.2 | $550.00 | $660.00 | Initial MTD | Revise motion to dismiss Plaintiff's complaint (.8); telephone call with A. Pai and N. Jampol concerning motion to dismiss strategy (.3); telephone call with N. Jampol concerning motion to dismiss strategy (.1) |
| 6/28/2023 | Jampol, Nicolas | 0.6 | $650.00 | $390.00 | FAC MTD | Communicate with Plaintiff's counsel, Tolkien's counsel, and client regarding amended complaint and extension of time to respond to initial complaint |
| 7/8/2023 | Jampol, Nicolas | 2.6 | $650.00 | $1,690.00 | Initial MTD | Review and provide comments regarding draft motion to dismiss initial complaint in advance of amended complaint |
| 7/11/2023 | Jampol, Nicolas | 0.6 | $650.00 | $390.00 | FAC MTD | Review amended pleading and strategize regarding response to same |
| 7/13/2023 | Levine, Amanda | 0.5 | $550.00 | $275.00 | FAC MTD | Review revised amended complaint and comparison to original complaint |
| 7/14/2023 | Jampol, Nicolas | 0.1 | $650.00 | $65.00 | FAC MTD | Communicate with counsel for Tolkien's Estate regarding motion to dismiss amended complaint |
| 7/17/2023 | Jampol, Nicolas | 0.3 | $650.00 | $195.00 | FAC MTD | Review and revise preliminary outline regarding motion to dismiss amended complaint |
| 7/17/2023 | Levine, Amanda | 4.3 | $550.00 | $2,365.00 | FAC MTD | Draft motion to dismiss amended complaint |
| 7/18/2023 | Jampol, Nicolas | 0.8 | $650.00 | $520.00 | FAC MTD | Prepare for and participate in meet and confer regarding motion to dismiss amended complaint and review information regarding Plaintiff's deposit copy for motion to dismiss |
| 7/18/2023 | Levine, Amanda | 1.9 | $550.00 | $1,045.00 | FAC MTD | Prepare for and participate in meet and confer with Plaintiff's counsel regarding motion to dismiss complaint |
| 7/19/2023 | Jampol, Nicolas | 0.8 | $650.00 | $520.00 | FAC MTD | Review research regarding alleging infringement based on unregistered version of Plaintiff's work and communicate with Tolkien's counsel regarding same |
| 7/19/2023 | Levine, Amanda | 4.6 | $550.00 | $2,530.00 | FAC MTD | Revise motion to dismiss with particular focus on preliminary statement and section concerning Plaintiff's failure to register published novel |
| 7/19/2023 | Turner, Samuel | 1.1 | $550.00 | $605.00 | FAC MTD | Research case law regarding plaintiff's ability to sue for copyright infringement over elements that are not included in the registered work or deposit copy to include in motion to dismiss |

| Date | Timekeeper | Hours | Rate | Amount | Task Type | Narrative |
|---|---|---|---|---|---|---|
| 7/20/2023 | Jampol, Nicolas | 5.3 | $650.00 | $3,445.00 | FAC MTD | Review research and revise argument regarding unprotectability of infringing works for motion to dismiss amended complaint |
| 7/20/2023 | Turner, Samuel | 0.7 | $550.00 | $385.00 | FAC MTD | Research case law regarding plaintiff's ability to sue for copyright infringement over elements that are not included in the registered work or deposit copy to include in motion to dismiss |
| 7/21/2023 | Jampol, Nicolas | 6.3 | $650.00 | $4,095.00 | FAC MTD | Review research and revise argument regarding lack of substantial similarity as a matter of law and failure to adequately plead contributory or vicarious infringement for motion to dismiss amended complaint |
| 7/21/2023 | Levine, Amanda | 1.8 | $550.00 | $990.00 | FAC MTD | Legal research on secondary liability for purposes of drafting motion to dismiss |
| 7/21/2023 | Turner, Samuel | 0.4 | $550.00 | $220.00 | FAC MTD | Research case law regarding plaintiff's ability to sue for copyright infringement over elements that are not included in the registered work or deposit copy to include in motion to dismiss |
| 7/22/2023 | Jampol, Nicolas | 3.8 | $650.00 | $2,470.00 | FAC MTD | Review and revise introduction and statement of facts and continue revisions to remainder of motion and communicate with client regarding same |
| 7/24/2023 | Jampol, Nicolas | 2.8 | $650.00 | $1,820.00 | FAC MTD | Continue preparation of motion to dismiss amended complaint and communicate with clients and Tolkien's counsel regarding same |
| 7/24/2023 | Turner, Samuel | 1.3 | $550.00 | $715.00 | FAC MTD | Research case law regarding plaintiff's ability to sue for copyright infringement over elements that are not included in the registered work or deposit copy to include in motion to dismiss |
| 7/25/2023 | Jampol, Nicolas | 2.6 | $650.00 | $1,690.00 | FAC MTD | Continue preparation of motion to dismiss amended complaint and communicate with clients and Tolkien's counsel regarding same |
| 7/25/2023 | Levine, Amanda | 2.8 | $550.00 | $1,540.00 | FAC MTD | Revise motion to dismiss based on comments from N. Jampol (1.5); review brief of Tolkien Defendants for purposes of analyzing arguments in Amazon's motion to dismiss (.4); draft notice of lodging (.9) |
| 7/25/2023 | Turner, Samuel | 0.5 | $550.00 | $275.00 | FAC MTD | Research case law regarding plaintiff's ability to sue for copyright infringement over elements that are not included in the registered work or deposit copy to include in motion to dismiss |
| 7/26/2023 | Jampol, Nicolas | 2.8 | $650.00 | $1,820.00 | FAC MTD | Review and revise motion to dismiss, request for judicial notice, notice of lodging, and declaration in support of motion to dismiss amended complaint |
| 7/26/2023 | Levine, Amanda | 1 | $550.00 | $550.00 | FAC MTD | Draft Levine Declaration in support of motion to dismiss (.4); revise motion to dismiss based on comments from N. Jampol (.6) |
| 7/27/2023 | Jampol, Nicolas | 1.8 | $650.00 | $1,170.00 | FAC MTD | Review and revise motion to dismiss and supporting materials and communicate with client regarding same |
| 7/27/2023 | Levine, Amanda | 2.2 | $550.00 | $1,210.00 | FAC MTD | Final revisions to motion to dismiss and supporting materials |
| 8/7/2023 | Jampol, Nicolas | 0.8 | $650.00 | $520.00 | FAC MTD | Review opposition to motion to dismiss and prepare preliminary outline for reply brief in support of motion to dismiss |
| 8/8/2023 | Levine, Amanda | 8.1 | $550.00 | $4,455.00 | FAC MTD | Review Plaintiff's Opposition to Motion to Dismiss (.6); draft Reply in Further Support of Motion to Dismiss (7.5) |
| 8/9/2023 | Levine, Amanda | 1.7 | $550.00 | $935.00 | FAC MTD | Draft reply brief in support of motion to dismiss |
| 8/10/2023 | Jampol, Nicolas | 3.1 | $650.00 | $2,015.00 | FAC MTD | Review and revise reply in further support of motion to dismiss amended complaint and communicate with client regarding same |
| 8/14/2023 | Levine, Amanda | 2 | $550.00 | $1,100.00 | FAC MTD | Revise and finalize reply brief in further support of motion to dismiss (1.8); communications with Tolkien counsel for purposes of discussing potential fees motion (.2) |
| | Total | 127.2 | | $74,150.00 | | |