# Exhibit E

Monday, September 4, 2023 at 12:37:14 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | RE: Demetrius Polychron/Infringement of Copyright in the Works of J.R.R. Tolkien |
| **Date:** | Wednesday, March 15, 2023 at 10:50:13 AM Eastern Daylight Time |
| **From:** | Demetrious Polychron |
| **To:** | Lance Koonce |
| **CC:** | Gili Karev |
| **Attachments:** | image001.jpg, image002.png |

Mr. Koonce,

I have received your letter and will make a substantive response no later than Tuesday March 21, 2023.

Regards,

Demetrious Polychron

**From:** Lance Koonce <lance.koonce@klarislaw.com>
**Sent:** Tuesday, March 14, 2023 2:24 PM
**To:** Demetrious Polychron <dpolychron@fractalbooks.com>
**Cc:** Gili Karev <gili.karev@klarislaw.com>
**Subject:** RE: Demetrius Polychron/Infringement of Copyright in the Works of J.R.R. Tolkien

Mr. Polychron:

We understand based on the email below from your prior counsel below that you have now received a copy of our letter, but I attach it again here for completeness. Please confirm receipt, and we do expect a substantive response no later than the close of business next Tuesday, March 21, but would welcome a more rapid response.

Regards,

Lance Koonce

**From:** Graybeal, Lynne E. (SEA) <LGraybeal@perkinscoie.com>
**Sent:** Tuesday, March 14, 2023 5:11 PM
**To:** Lance Koonce <lance.koonce@klarislaw.com>
**Cc:** Gili Karev <gili.karev@klarislaw.com>; dpolychron@fractalbooks.com
**Subject:** FW: Demetrius Polychron/Infringement of Copyright in the Works of J.R.R. Tolkien

Dear Mr. Koonce,

Please be advised that we do not represent Demetrius Polychron. We have forwarded your letter to Mr. Polychron (cc'd here). Please contact him directly about this matter.

Sincerely,

**Lynne E. Graybeal** | **Perkins Coie LLP**
PARTNER, Trademark, Copyright, Internet & Advertising
Chair, Arts & Entertainment
P: +1.206.359.6485
E: LGraybeal@perkinscoie.com

PERKINSCOie

---

**From:** Lance Koonce <lance.koonce@klarislaw.com>
**Sent:** Tuesday, March 14, 2023 12:05 PM
**To:** Graybeal, Lynne E. (SEA) <LGraybeal@perkinscoie.com>
**Cc:** Gili Karev <gili.karev@klarislaw.com>
**Subject:** Demetrius Polychron/Infringement of Copyright in the Works of J.R.R. Tolkien

Ms. Graybeal:

Please see the attached letter on behalf of our clients The Tolkien Estate Limited and The Tolkien Trust.

Best regards,

Lance Koonce


**Lance Koonce**
Partner | +1 917-612-5861
Bio | LinkedIn | Twitter

# KLARIS

Klaris Law PLLC
29 Little West 12th Street
New York, NY 10014
www.klarislaw.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.