# Exhibit F

**Monday, September 4, 2023 at 12:43:39 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Re: The War Of The Rings & The Rings Of Power |
| **Date:** | Monday, September 4, 2023 at 12:42:56 PM Eastern Daylight Time |
| **From:** | Gili Karev |
| **To:** | Gili Karev |
| **Attachments:** | image001.jpg |

**From:** Demetrious Polychron <dpolychron@fractalbooks.com>
**Sent:** Tuesday, March 21, 2023 10:50 AM
**To:** baillie@tolkientrust.org; michael@tolkientrust.org; Cathleen Blackburn
<cathleen.blackburn@maierblackburn.com>; Steven Maier
<steven.maier@maierblackburn.com>; vertigo8172@yahoo.com; simon@tolkientrust.org
**Cc:** info@simontolkien.com
**Subject:** The War Of The Rings & The Rings Of Power

March 21, 2023


Demetrious Polychron
Water Garden – East Tower
2450 Colorado Avenue
Santa Monica, CA 90404


The Tolkien Estate Limited
Prama House
267 Banbury Road, Oxford
Oxfordshire, OX2 7HT


Dear officers, members, and advisors of the Tolkien Estate Limited & Trust; Baillie, Michael, Simon, Steven, and Cathleen, please forward this to Joan, Adam, Rachel, Judith, Matthew, Nicholas, and anyone else who should be on this email but isn't.

On Tuesday March 14, 2023, I received an email from your New York attorney Lance Koonce of Klaris Law PLLC, informing me I had committed copyright infringement by writing "The Fellowship Of The King" (TFOTK) and requesting a courtesy response confirming I had received his email. There was also a stated expectation that I would follow up with a substantive response to his assertion that I had committed copyright infringement, by March 21st. On March 15th, I confirmed that I had received his email, and as requested, I affirmed that I would provide a substantive response by March 21st.

I am sending my substantive response to you directly. I believe you are going to want to hear what I have to say, and at this stage, it is in everybody's best interests to keep our conversations 'in-house.'

**1 of 8**

First and foremost, I did not commit copyright infringement. I wrote a loving homage to John Ronald Reuel (JRRT), the creator of one of the most delightful and defining experiences of my life. Since then I have tried repeatedly and relentlessly – for – six – years, to gift the fruits of my many extraordinary and successful labors to you, the members of the Trust & Estate, because, stupidly, it never occurred to me that everybody did not want and would not rejoice, if someone was actually able to successfully write a worthy sequel to "The Lord Of The Rings" (TLOTR) (LOTR), the most epic and beloved work I have ever read.

As proof of this, attached are PDF's of: (1) the email I sent to Simon on November 21, 2017 after completing the first draft (2), the letter I gave Simon at his home in Santa Barbara on Christmas Eve, December 24, 2019 when he first received a lavishly gift-wrapped copy of "The Fellowship Of The King." Not only did I literally gift him the manuscript and the Rights to my imaginative expansion of your IP, it was gift-wrapped with exactly the same paper, bows and ribbons as Elanor Gardner's two-and-twentieth gift was gift-wrapped and given to her in the story on March 25th (3) my Last Will & Testament, made out to Nicholas Tolkien, signed by me and countersigned on November 23, 2022, (4) two nationally published reviews of your book, TFOTK, and finally, (5) "The Fellowship Of The King."

(Yes, I know. It is not actually perfect, no matter how hard I tried. That's what 2nd Editions are for.)

Second, I was and still am, and so probably always will be, very naïve about these things. Proof positive is that I am still trying to give you my life's work and provide you with a plethora of extraordinary benefits, after being rejected again and again (and again). Does this seem stupid? Don't be surprised. This is the same relentlessness which drives some authors to create wholly new worlds.

I ask that you forgive me if anything I did displeases you. My intentions are and always have been the exact opposite. Put rather baldly, despite being an extraordinarily gifted child, I was not raised to value myself or the fruits of my labors. Instead, the work of JRRT transported me to Middle-earth - and it was a God-send. I belatedly realize there are many more, and to other people, much more important things to do with your life than improving the world by creating exceptionally good work. It seems in this instance, despite being common in many other fields, such as religion or philanthropic endeavors, to which many people devote their entire lives, yet it seems no one here can fathom an author gifting their work to others, especially not a return to the real Middle-earth as imagined by JRRT. However, as the legal successors to JRRT, it only makes sense to me, the creative successor to JRRT, that I give this work to you.

By all accounts I could find at the time, the Estate did not possess a copyright for TLOTR because the actions of George Allen & Unwin in the 1950's had violated US Copyright Law and invalidated it. Therefore, many people were able to attempt writing sequels to TLOTR and it was popularly believed that a true quality sequel to the TLOTR was the Holy Grail of fantasy – a hopelessly yearned for complete impossibility.

Then, because something in me feels compelled to accomplish the impossible and because of my genuine love for the works of JRRT, they inexplicably were able to connect to my long-suppressed desire and ability to write creatively, and my passionate heart's desire to return to Middle-earth in a wholly new way. All that became 'The War Of The Rings.' That's it.

We can only love what we love. Raised in an exceptionally religious household, I loved the

**2 of 8**

idea of God and the stories of the Bible, so I wrote T4HMOTA. I also loved to escape to the world of JRRT. This love has allowed me to finally express myself creatively by writing TFOTK. This is the truth.

I am not blind to the fact that as the creator of these new stories set in the world of Middle-earth, which you own, not only you, but I too, might benefit. So be it. My life has been a testament to a Positive-Sum Game, in which I feel compelled to create Win-Win situations. Typically, I am the one who benefits least. This is not new. Being 'of service' is considered a noble ambition worth dedicating your life to in many, many circles. Yet I understand in the world of commercial publishing, it can be distrusted, dismissed, even ridiculed and maligned.

What do I want? To contribute. To have my God-given gifts recognized. To be valued. Jordan Peterson once said, 'Don't be proud of your gifts, by grateful.' I am grateful that the extraordinary talent I was gifted with as a child was finally able to find expression, thanks to my love for the work of JRRT. That is what is motivating me. Jordan Peterson also said, 'Be proud of your hard work.' You would scarce believe how hard I have worked my whole life and am still working. But thankfully, this is something in which I have been able to manifest genuine pride, especially having written TFOTK. Writing this book has redeemed a frustrated creativity that was too long denied.

What is at stake here? It seems there is status, prestige, authority and fame, to name a few. And of course, there is money. Lots and lots of money. I do so wish I cared more about money. Tragically, tellingly, I don't. I only value money because I want to be free to express myself creatively, and improbably, despite outlining over 150 new story ideas, completing ten screenplays and the chapters of many, many extraordinary manuscripts, this desire was not truly able to finally express itself until I wrote TFOTK.

Let me say and affirm right now: there will never be another John Ronald Reuel Tolkien (JRRT). No one will ever rival him and no one, myself included, will even come close. It is simply not possible. I say this sincerely to you, and directly in the preface of this attached book. Read the preface and you will see. I said it there and tried my best to make it entertaining, and I will never say anything different.

You have forced me to understand that you never wanted to have to deal with anyone successfully telling new stories about Middle-earth, which does not mean it is not the right thing to do. Writing TWOTR is the right thing to do for all the fans, myself included, who have desperately wanted to return to Middle-earth. There are many IP holders who have welcomed new voices to their worlds and they have created Win-Win situation in which everyone, including the fans, win. You don't have to be one of them, because no one could ever equal your beloved and renowned Patriarch. JRRT is an enduring source of pride, prestige and prosperity, inextricably defining the name Tolkien.

Any perceived threat, real or imagined, regardless of my actual intent or the quality or integrity of my work, could easily be construed as an attack. But I will never, ever believe that John Ronald Reuel Tolkien would not be proud of what I have accomplished, only by standing on his almost unscalable shoulders. He is a giant. I will also never believe that he would ever want or even allow anyone to destroy the lives of his creations, which by an act of Grace, were revealed to me and successfully recorded for you, for me, and for all the fans of JRRT worldwide.

I know Peter Jackson and his collaborators tried very hard to stick to Canon as much as they could. I believe they succeeded spectacularly. However, being a novelist and not being constrained by cramming three books into three movies, I had the luxury of sticking as closely as human possible to JRRT's Legendarium Canon, and I have never seen anybody come closer (except of course for the man who wrote the Canon).

You see, JRRT's work already has dozens of successors, because hundreds of people are constantly telling 'new' stories set in Middle-earth. Unfortunately, these videogames, TV shows and movies aren't actually all that new. Or really, all that good. None of them come anywhere near to sticking as closely as I have to Canon while successfully writing an epic and entertaining story.

Aside from the Rankin-Bass cartoons and the Warner-Brothers movies (brilliant, the best movies anybody could have made, in my opinion) there are the videogames, tabletop games, and the entire 'Dungeons & Dragons' franchises. There are also the clearly 'derivative' works such as, "The Sword Of Shannara" , "A Song of Ice and Fire," and the endless iterations of toys and games, which use JRRT's creations without acknowledging where they came from or allowing you to benefit. By and large, the Estate has no control over these things and you receive little or no benefit. Nor is there any sign of them slowing down. Quite the opposite.

The Embracer group is growing and growing. I truly hope the Estate has some part of that. Warner-Brothers has announced they are making another 'Lord Of The Rings' movie, whether you like it or not. I believe the heirs to JRRT should benefit from those too.

There is a way. If you choose, "The Fellowship Of The King" and the rest of the voluminous stories I have created for The War Of The Rings, will guarantee it. And, they are truly creative and expertly rendered stories that I do not believe anyone else is capable of creating.

It's said the challenge of the writer is to create something that no one has ever seen before, that everyone can instantly relate to. Prequels are all well and good, but what drives the conversation is the genuinely new and different. People want to see the story move forward. People who play videogames, buy toys, and watch movies are happy enough to buy the next retread LOTR videogame, toy and movie, because no one has advanced the story. Embracer, Warner-Brothers and whoever else, can churn out whatever they want and nostalgia will allow them to turn some profit, so far, no matter how poorly done or whether you benefit.

I don't know why this hasn't seemed to occur to you before, but if you wish, you can retake control of JRRT's IP across every medium with "The War Of The Rings." I only took it upon myself to tell this story because JRRT never did and nobody else could. I never imagined everyone wouldn't be overjoyed. Yes, despite being demonstrably intelligent, when it comes to the less-than-ideal motivations of people, I am sometimes unimaginably stupid.

Of course, you don't have to take my word for it or the word of the many, many, many local and the national reviewers. Read the attached and the book, it is yours, if you so choose. Know that I conceived and wrote it not just for me and for the fans, I wrote it for you. I formally gave it to you in writing four years ago. I legally made you my heirs four months ago. Inside the book are expertly realized new magical lands and completely new magical races. Besides the fact that they were conceived for the benefit of the heirs of JRRT and his fans, they present an irresistibly compelling opportunity for new videogames, merchandising, TV shows and movies.

No one will want to play a videogame about the Fall of Gondolin or Rohan, after they see how spectacularly the Battle of Weathertop and the Fall of Rivendell has been imagined and realized in TWOTR – and it is owned by you. No one will want to buy much new LOTR merchandise, unless it includes the Orcelven, the Collocoll and the Stone-men of Zirak-zigal. "The War Of The Rings" is your once-ever opportunity to reclaim your ownership of videogames, merchandizing and movies. Groups who hold splintered pieces of JRRT's IP will be happy to negotiate new deals with you to partake of all this new IP.

Accepting the blessings of these new stories in the spirit in which they were conceived and executed, as unusual as they undoubtedly are, may be difficult and confusing, but it is undoubtedly the right thing to do. It is truly a Win-Win proposition. If you choose, you can approach Peter Jackson and Warner-Brothers. Let them read these stories and let them decide if they are interested. I cannot believe Discovery/Warner-Brothers will not offer a record-setting deal with you for the film rights.

All the film rights faux pas of the past will be swept away. If you accept the blessings of TWOTR in the spirit in which it was conceived and executed, then it's a whole new playing field with completely revitalized energy. I contend that Discovery/Warner-Brothers will be offering to pay us *billions* to begin film production – before the end of 2023. You see, all the actors are right this second exactly the right ages to reprise the roles they played in Peter Jackson's films, if you can see the value of these stories and you want the films Warner-Brothers is going to make with or without you to more diligently and faithfully create exciting adventure stories that not only stick to Canon, but also enhance the prestige and value of TLOTR.

Every studio is desperate to do what only Kevin Feige has done: make an interconnected universe of feature films. TFOTK breaks very nicely into three distinct movies. If you read the book, you will see that clearly. The entire seven book series will comfortably produce twenty-one (21) interconnected movies.

How do I know? Because I know how to write screenplays. How can you be sure? The Academy of Motion Picture Arts & Sciences has confirmed it. Go to Oscars.org and you will find Peter Jackson's name and you will find my name. Those scriptwriters who break to Quarterfinals at the Nicholl Fellowships in Screenwriting have the closest thing to a 'Good Housekeeping' seal of approval for writing scripts, outside winning an Oscar.

A national book tour for TWOTR and TFOTK will revitalize sales of The Hobbit and TLORT, especially if they are sold side by side. Achieving my vision for TWOTR entails seven international book tours featuring all the books I have already written, side by side with JRRT's books, which you own and from which you directly benefit. It is truly a Win-Win all around.

There is however, one less than ideal thing we have to discuss, the proverbial Elephant in the room. In 2018, I mailed Harper-Collins a hard copy of the first third of the first book of TWOTR, doing the right and honorable thing, officially asking permission to quote JRRT, and asking them to inform you of what I had written for you. I never heard back.

Shortly thereafter, I saw reports Harper-Collins became a Consultant on TROP. The reporters said it was 'highly unusual.' I don't think that is true since Harper-Collins became bound up

with so many of the film rights for TLOTR, but that is what was reported by the press. At the same time, the focus of TROP suddenly shifted from young Aragorn to the 2nd Age, which was heavily featured in Book Two of TFOTK. I don't know if these turns of events had anything to do with the hard copy I mailed Harper-Collins, but it sure seemed like it to me at the time. I let it go.

I told you earlier that the allure of the stories in the TFOTK would be almost impossible to resist for future toy buyers, videogame players and movie goers, but especially the people I consider kindred spirits: people who love to read about Middle-earth.

It seems this was also true of your consultants at Harper-Collins and some of your collaborators on TROP. Jeff Bezos might be concerned, learning only now that many original story elements featured in TROP were created exclusively by me for 'The War Of The Rings' in 2015. Many of these story elements had a huge impact on TROP. Unfortunately, most of the new ideas I created for TWOTR that were incorporated into TROP were no more immune from being badly managed than JRRT's own story elements.

However, because TWOTR is coming to light now, it gives you the perfect opportunity to present to Mr. Bezos the possibility of doing a soft, or better yet, a hard reboot of TROP, to bring it into line with TWOTR. Mr. Bezos might not mind at all, seeing that 39% Rotten Tomatoes score go away with a rebooted series. In Hollywood, hard reboots are common and would not be out of line to the movie-going and TV-watching public. Batman just did it. Spider-man has done it three times. By all accounts, Star Wars is about to do it again too.

There is an old saying: don't throw good money after bad. However satisfied Amazon feels with their TV show, there is nothing you could do to benefit TROP more, than to offer Mr. Bezos the opportunity to completely erase that Rotten Tomatoes score with a hard reboot.

If he says no, then it's on him. But I think he will say yes and thank you for the opportunity because he is a smart businessman. He could throw five more billion dollars at TROP over the next five years and it would be horribly inefficient, truly throwing good money after bad, because the only thing that will absolutely guarantee an erasure of that 39% Rotten Tomatoes score is a hard reboot with a massively better Second Age storyline, which happens to be central to TWOTR. It has already been written and not just received positive reviews, but almost exclusively rave reviews from the fans who have actually read it. This suggests it would a great idea to offer Mr. Bezos and opportunity to read TFOTK and its nationally published reviews, and let him decide.

Whether he sees the value in a hard reboot or not, it would be much better if he hears about the opportunity from you. If someone else brings him news about these events and it isn't you, I imagine he will be much less positively disposed.

You could also offer TWOTR to Harper-Collins for distribution. Since I have already made you my heirs and given you all my IP, you could offer Mr. Bezos "The Four Horsemen Of The Apocalypse" (TFHMOTA) in addition to a rebooted TROP. I don't think that would hurt.

T4HOTA has also been getting rave reviews from all its beta-readers. It is based on the biblical apocalypse. There is another extraordinary story property, 'Deus Ex Machina,' a seven book series. The merchandizing, videogame, TV and film rights for T4HMOTA caters to Christians worldwide, not just lovers of JRRT or High Fantasy. This audience is much, much

bigger than the one for TWOTR.

The one thing I cannot do, literally, is what that NY attorney suggested: delete TWOTR. Even if I wanted to. In 2020 when I never heard back from Simon, I interpreted his silence as a directive that he would prefer it if TWOTR ceased to exist. I wrote him and told him I would therefore go the route of George R. Martin and transform what I had written into a different world, if he would graciously return the manuscript in the stamped-self addressed envelope I had provided. He did.

After receiving the manuscript in the mail, I genuinely tried to rework the stories – and I simply could not do it. It felt like I had raised extraordinary foster children, seen them become extraordinary adults, and then set out to erase them from existence. I could not do it then, and now, I cannot if I wanted to.

There are lots of Advanced Reader Copy services the world over, in countries that do not recognize anyone's copyright, and the last time I checked TFOTK had been one of the most popular downloads in EPUB and PDF. While promoting TWOTR last year, my temps sent out hundreds of PDF's to their networks. Once you email a PDF, you can't take it back and you can't stop anyone from forwarding it. The same thing happened to 'Twilight' and it became a top fantasy book series. It wasn't a bad strategy.

Of course, anything can be litigated. Even though I do not believe it is possible that I could infringe on your copyright since I gave mine to you, any more than you could infringe on mine, since I have already left it to you – a lawyer can always choose to think otherwise.

Did Harper-Collins and TROP copy TWOTR? Knowing they had hard copies after I mailed them one and hand delivered Simon another, if you compare all the inexplicable and statistical anomalous similarities between TROP and TWOTR, and then add the totally unique story elements that I created and that were never part of JRRT's work, yet mysteriously appeared in TROP, it would be awfully hard to convince a jury TROP wasn't based on TWOTR.

Of course, this is only possible in a bizarre universe where the Estate is capable of infringing on its own properties and you would rather waste tens of millions of dollars suing your own IP in a misguided attempt to defend a fractured IP from which you do not benefit, while far lesser storytellers tell far inferior stories that continuously divide your fans, degrade your IP and destroy your relationship with Amazon, in lawsuit after counter-suit after injunction against TWOTR and TROP alike.

Why would anyone fight over a quarter of a billion dollars, for a series of horribly divisive storylines, settling for a tiny fraction of a broken and scattered IP, when tens of billions of dollars are waiting for you, by simply saying 'yes' to unifying your IP? If you accept the blessing of these stories in the spirt in which they were created and executed, you can also get Discovery/Warner-Brothers set-up with a much, much better set of stories, redeem your TV series, take back your videogames, merchandizing, and movies, and reunify your fanbase with far superior storytelling, while going from a single IP owning family to owning all the biggest fiction IP's of the 21st century.

It's your decision. However, I suggest you do not wait, and instead inform Mr. Bezos of this golden opportunity to review the first book in TWOTR, TFOTK so he can decide for himself if he agrees with the national reviews and he would like to redeem his Middle-earth TV series,

by erasing that Rotten Tomatoes score with a hard reboot, before March 25th.

In a completely improbable, virtually-impossibly ironic turn of events, the first book in 'The War Of The Rings,' "The Fellowship Of The King" opens on the evening of March 24, in the 22nd year of the Reign of the High King Elessar, Shire Reckoning 1442. Most of Book One takes place on March 25th – international Tolkien Reading Day, a day I did not know existed when I was writing TFOTK, and a day on which I believe Mr. Bezos will thank you for and celebrate whole-heartedly, knowing TFOTK will do for his Amazon TV series what not even another five billion dollars can do.

It would be awesome for you to review the copy of the book I have attached. If you read the book and realize this is truly a blessing for everyone involved in which everyone benefits massively, my fondest wish then would be to celebrate international Tolkien Reading Day together here at the Water Garden.

Please confirm receipt of this email. After years and years of exceptionally hard work, I have been working on this relentlessly to the exclusion of everything else since 2015, I ask that you take some time to read the book I have attached, and to consider everything I have written, and just as I have done for you, I would appreciate a thoughtful, kind, honest and civil response, in the kind, thoughtful, honest and civil manner with which I have shared with you my thoughts, feelings and creative adventure stories.


Most sincerely,


Demetrious Polychron



**Demetrious Polychron** | **Publisher**

https://www.fractalbooks.com