# Exhibit G

# KLARIS

March 30, 2023

**BY EMAIL**

Demetrius Polychron
Fractal Books
269 South Beverly Drive,
Suite 661 Beverly Hills, CA 90212
dpolychron@fractalbooks.com

    Re:    **Infringement of Copyright in the Works of J.R.R. Tolkien**

Dear Mr. Polychron:

    We are legal counsel to The Tolkien Estate Limited and The Tolkien Trust, the heirs and successors-in-heirs of the late Professor J.R.R. Tolkien, author of *The Lord of the Rings* (the "Work").  We write in response to your email of March 21, 2023, which responded to our previous letter regarding your unauthorized sequel that you have titled *The Fellowship of the King*.

    As an initial matter, our clients have asked that we request that you direct all your correspondence to this firm, rather than to members of the Tolkien family or counsel in the United Kingdom.  In the future, correspondence not directed to this firm will not receive a response.

    It is our clients' longstanding policy not to entertain requests to create sequels to the Work.  While your enthusiasm and passion for Professor Tolkien's fictional universe is evident, our clients do not make exceptions to this policy regardless of the quality of the writing or the identity of the author.  As you will no doubt understand, our clients are obligated to protect these valuable intellectual property rights in all instances.

    Your letter suggests that you hold Professor Tolkien in high regard.  Assuming that is the case, the most pressing issue here is the commercialization of your unauthorized sequel, which you are selling on various platforms. In the hope of avoiding more formal action, we would propose a call to discuss the matter and would ask that you remove your book from sale in the meantime, as a first step towards respecting the wishes of our clients.

Klaris Law PLLC
29 Little West 12th Street
New York, NY 10014

Lance.Koonce@KlarisLaw.com
Mobile: +1 917.612.5861

# KLARIS

As noted in that letter, we would recommend that you seek counsel from an attorney specializing in intellectual property law, if you have not done so already.  This letter is not intended to be a complete statement of our clients' rights and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.

Sincerely,

Lance Koonce

cc: Steven Maier, Esq.

Page 2 of 2

Klaris Law PLLC
29 Little West 12th Street
New York, NY 10014

Lance.Koonce@KlarisLaw.com
Mobile: +1 917.612.5861