# Exhibit J

KLARIS        HOME        PRACTICE        TEAM        RESOURCES        EVENTS        CAREERS



# LANCE KOONCE

Partner

Lance Koonce is a partner and head of the litigation practice at Klaris, and specializes in intellectual property and media particularly in the context of new technologies, including Web3 and AI.

As a litigator, Lance has tried multiple complex federal cases including jury trials, and has worked on a range of high-profile matters involving intellectual property and media issues over the past two decades, including recently *The Tolkien Estate v. Polychron* (copyright), *Resolute Forest Products v. Greenpeace Int'l* (First Amendment), *iFinex Inc. et al. v. State of New York* (press access), *Mujae Group v. Spotify* (trade secret) and *UMG v. OpenDeal* (trademark).

As a counselor and transactional lawyer, he provides advice to clients from individual authors and artists to startups to multinational corporations in industries including film, television, book and magazine publishing, music, news, advocacy, consumer products, art, and software. Much of his counseling work over the past five years has been on matters involving blockchain and digital assets, including NFTs.

Lance was formerly a partner at Davis Wright Tremaine LLP, where he headed the firm's blockchain practice. Before that, he had stints on Capitol Hill and in book publishing. He has served as co-chair of the subcommittee on Intellectual Property and Privacy of the Enterprise Ethereum

## Education:

B.A: Duke University
J.D: University of North Carolina, Chapel Hill

## Admissions:

U.S. Courts of Appeals for the Second Circuit
U.S. Courts of Appeals for the Ninth Circuit
U.S. Courts of Appeals for the Federal Circuit
New York State and Federal courts

## Email:

lance.koonce@klarislaw.com

## Connect:



Alliance's Legal Industry Working Group and as co-chair of the Law & Technology section of the New York County Lawyers Association, and is a member of the Media Law Resource Center, the American Bar Association and the Copyright Society. He is admitted to practice before the U.S. Courts of Appeals for the Second, Ninth and Federal Circuits, as well as a number of federal district courts.

A prolific writer and speaker, Lance's publications include an article in Slate detailing his experience with a viral social media post, Viral Like Me, and his presentations include a session entitled "NFTs' Next Phase: Reshaping IP and the Content Economy" that he moderated for the 2023 Consensus conference. He is the co-author of the "Motion Practice" chapter in Copyright Litigation Strategies, published by the American Bar Association, and of the "Commercial Defamation" chapter in Commercial Litigation in New York State Courts, published by Thomson Reuters.



# Representative Matters

## Litigation

- *Tolkien Estate v. Polychron*, C.D. Cal. (copyright infringement claim against author of unauthorized sequel to *The Lord of the Rings*) (ongoing)
- *Resolute v. Greenpeace Int'l et al.*, N.D. Cal. (First Amendment defense of environmental advocacy organization) (summary judgment for defendant, Apr. 2023)
- *UMG v. OpenDeal at al.*, S.D.N.Y. (defense of trademark claim against blockchain-based music fundraising company Opulous, Inc.) (ongoing)
- *Freeman v. Deebs- Elkenaney et al.*, S.D.N.Y. (representation of literary agency in defense

- of copyright claim involving young adult novels) (ongoing)
- *The Wylie Agency v. Georges Borchardt*, NY Supreme Court (declaratory judgment claim based on contract) (ongoing)
- *iFinex Inc. et al. v. State of New York*, NY Supreme Court (successfully assertion of freedom of information request regarding Tether stablecoin, for CoinDesk, Inc.) (2021-23)
- *Mujae Group v. Spotify* (defense of trade secret claims) (settled 2022)
- *Corey Asraf v. Filmrise IX Harlan*, New York Supreme Court (successful defense of breach of contract claims relating to film production deal) (2021-22)

## Events

- [Demystifying the new digital world: How AI, blockchain and data protection affect the law](#), World Law Congress (July 2023)
- [NFTs' Next Phase: Reshaping IP and the Content Economy](#), Consensus Conference (April 2023)
- [The Future of Crypto Media in the Age of AI and Web3](#), Consensus Conference (April 2023)
- [The Unfinished Revolution: NFTs as Digital Property Rights](#), NFT.NYC (April 2023)
- [Licensing, Copyright, and IP Protection Within Web3](#), LinkedIn Audio Event (Dec. 2022)
- [Non-Fungible Tokens: The Most Hollywood Idea of All?](#), MLRC 2022 Entertainment and Media Law Conference (April 2022)
- [Miramax v. Tarantino Over Pulp Fiction NFTs](#), Bloomberg Law Podcast (Dec. 2021)
- [NFTs & Cryptocurrencies](#), Double Exposure Film Festival and Symposium (Oct. 2021)
- [Zooming in on The Boom in Photography Litigation](#), Los Angeles Copyright Society (April 2021)

## News

- [Tolkien Estate Sues Over Unauthorized 'Lord of the Rings' Sequel](#), Bloomberg Law (2023)

- [Greenpeace prevails in defamation suit by Canadian logging company](#), Courthouse News (2023)
- [Tether's Banking Relationships, Commercial Paper Exposure Detailed in Newly Released Legal Documents](#), CoinDesk (2023)
- [Judge Rules Identities of 2 Parties Who Backed Sam Bankman-Fried's $250M Bond Can Be Revealed](#), CoinDesk (2023)
- [CoinDesk Joins Court Case Seeking Access to NYAG Tether Documents](#), CoinDesk (2022)

# News & Articles

KLARIS   HOME   PRACTICE   TEAM   RESOURCES   EVENTS   CAREERS



# GILI KAREV
Associate

Gili Karev in an associate on the litigation and production legal teams at Klaris Law. She works on a wide range of intellectual property, First Amendment, and production transactions and disputes on behalf of production companies, news organizations, authors and authors' estates, and individual content creators. Her practice focuses on copyright analysis and protection and includes content review, editorial and legal counseling, litigation and litigation avoidance, and negotiating and drafting development, production and distribution agreements in the audio and television industries.

Prior to law school, Gili worked in the art market as the Global Curator of Opera Gallery Group and as a specialized provenance researcher advising private collectors, law firms and art dealers with regards to provenance risks of artworks located or lost in Europe during WWII.

Gili graduated summa cum laude with a double bachelor's degree in English Literature and Chinese from Tel Aviv University; has a law degree from City University of London Law School; and a J.D./LL.M from Columbia Law School as a Harlan Fiske Stone Scholar, where she was also the recipient of the Michael D. Remer Award for copyright law. She is currently an active member of the New York City Bar Association (NYCBA) Copyright and Literary Property Committee and the Copyright Society.

Gili was the 2001 Australian National Gymnastics Champion and served as a commander sergeant in the Israeli Air Force's Flight Academy Combat

## Education:

B.A: Tel Aviv University (Israel)
Law Degree: City University of London Law School (United Kingdom)
J.D./LL.M: Columbia Law School

## Admissions:

California

## Email:

gili.karev@klarislaw.com

## Languages:

Fluent in Hebrew

## Connect:



Training Program. She was raised in Israel, Australia, and Japan, is fluent in Hebrew, and now lives between Manhattan and the Hudson Valley.

# Representative Matters

## Litigation

- *Tolkien Estate v. Polychron*, C.D. Cal. (copyright infringement claim against author of unauthorized sequel to *The Lord of the Rings*) (ongoing)
- **Polychron v. Tolkien Estate, Amazon Studios, et. al. C.D. Cal.** (successful dismissal of copyright infringement claim, August 2023)

## News

- Tolkien Estate Sues Over Unauthorized 'Lord of the Rings' Sequel, Bloomberg Law (2023)
- Judge Rules Identities of 2 Parties Who Backed Sam Bankman-Fried's $250M Bond Can Be Revealed, CoinDesk (2023)
- Joshua Malina joins as co-host of Unorthodox, Tablet Magazine's flagship podcast,
- Pushkin Industries and Stephen Marche Team Up for Groundbreaking AI-Crafted Meta-Myst
- Award-Winning Former Investigative Reporter Maya Lau Launches New Podcast About Other People's Finances

KLARIS

# Find us

# mb | maier blackburn



## Commercial, IP & Media Lawyers



### steven maier

Steven Maier read law at St Peter's College, Oxford and qualified as a solicitor with Simmons & Simmons in 1986. After periods with Simon Olswang & Co and publisher Reed International, he joined Manches in 1992 where he headed the firm's IP Litigation group. He was a co-founder of Maier Blackburn in 2012.

Steven specialises in both IP and commercial litigation, with particular expertise in publishing and media law, including copyright and trade mark infringement, libel and privacy, confidential information and internet domain name cases. He also handles a wide range of commercial disputes including breach of commercial agreements, warranty claims and negligence. He is an appointed domain name adjudicator to both the World Intellectual Property Organization and Nominet.UK panels.

Out of the office Steven enjoys golf, family life and Newcastle United.

✉ steven.maier@maierblackburn.com
☎ +44 (0) 1865 339330

### our services

» Commercial Contracts
» Confidential Information
» Copyright and Design Right
» Cultural Property
» Domain Names
» Heritage Sector
» IP and Media
» Libel and Malicious Falsehood
» Litigation and Dispute Resolution
» Privacy and Data Protection
» Professional Negligence
» Publishing Law
» Trade Marks and Passing Off

*" measured, intellectual and commercial in his approach "*
Chambers & Partners



RANKED IN
CHAMBERS
UK 2017
LEADING INDIVIDUAL

THE LEGAL 500
UNITED KINGDOM
RECOMMENDED LAWYER
2016

---

Maier Blackburn LLP
Prama House, 267 Banbury Road
Oxford, OX2 7HT
United Kingdom

Tel: +44 (0) 1865 339330
Fax: +44 (0) 1865 339331
info@maierblackburn.com

» Website Terms & Conditions
» Privacy & Data Protection
» Legal Notices

Maier Blackburn LLP is a limited liability partnership registered in England & Wales under number OC376499.



REGULATED BY
SOLICITORS
REGULATION
AUTHORITY
▶ LEARN MORE