# Exhibit K

1  LACY H. ("Lance") KOONCE, III (*admitted pro hac vice*)
   GILI KAREV (Bar Number: 348774*)*
2  **KLARIS LAW**
   29 Little West 12 St.
3  New York, NY 10014
4  Telephone:(917) 612-5861
5  Email:      lance.koonce@klarislaw.com

6
   Attorneys for Defendants the Tolkien Estate Limited, The Tolkien Trust and Simon
7  Tolkien.

8
9  **IN THE UNITED STATES DISTRICT COURT**

10 **THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

11
12

| | |
|---|---|
| 13  DEMETRIOUS POLYCHRON | Case No. 2:23-cv-02831-SVW-E |
| 14            Plaintiff, | |
| 15        v. | **DECLARATION OF STEVEN MAIER IN SUPPORT OF DEFENDANTS' MOTION FOR PREVAILING PARTY ATTORNEYS' FEES** |
| 16  JEFF BEZOS, an Individual, JENNIFER SALKE, An Individual, SIMON TOLKIEN, an Individual, PATRICK MCKAY, an Individual, JOHN D. PAYNE, an Individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES, LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100, | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22            Defendants. | |

23
24
25
26
27
28

# DECLARATION OF STEVEN MAIER

I, Steven Maier, declare as follows:

1. I am a partner at Maier Blackburn LLP and long-time U.K. counsel for Defendants the Tolkien Estate Limited and the Tolkien Trust (collectively, with Simon Tolkien, the "Tolkien Defendants"). I submit this declaration in support of Defendants' Motion for Prevailing Party Attorneys' Fees against Plaintiff Demetrious Polychron, pursuant to 17 U.S.C. § 505 and F.R.Civ.P., Rule 54(d).

2. Maier Blackburn LLP is a commercial legal practice specializing in intellectual property, media law, litigation and dispute resolution based in Oxford, United Kingdom. It consists of myself and my partner, Cathleen Blackburn. Together we have many years of experience acting for high-profile clients, and Ms. Blackburn and I have represented the interests of the Tolkien Estate for over two decades.

3. As partners at Maier Blackburn LLP, and before that as partners at Manches LLP, we have engaged Lacy H. Koonce, III on various intellectual property and litigation matters relating to the Tolkien Estate since at least 2002 and have engaged his present firm Klaris Law PLLC since July 2021.

4. The work I performed in this case consisted of reviewing the Infringing Work against the works in Professor Tolkien's canon; communicating with our clients and with Mr. Koonce about litigation strategy; and reviewing and providing feedback on drafts of pleadings filed by Mr. Koonce and his team.

5. I jointly oversee Maier Blackburn's record-keeping and billing system. Our firm's records show daily entries from each timekeeper with detailed descriptions of the work performed each day. I or my partner Cathleen Blackburn review the records on a quarterly basis prior to invoicing the client accordingly. If it appears that certain billed tasks took longer than was reasonable, we will use our discretion in reducing such time to ensure the client remains appropriately and reasonably billed for the work required.

6. Maier Blackburn evaluates the billing rates charged by the firm's professionals on an annual basis and sets its rate after comparing with other comparable firm rates. For the calendar year 2023, I bill my time at the hourly rate of £480. I would note that these rates compare favourably with other UK commercial law firms with a similar level of expertise in these specialist areas. Based on my experience, I believe the fees and costs incurred by the Tolkien Defendants in this action are reasonable and appropriate, especially considering the efforts we took to avoid litigation in the first place.

7. True and correct copies of the time records of work conducted by Maier Backburn LLP on behalf of the Tolkien Defendants in connection with this matter are attached hereto as **Exhibit 1**. We have redacted all entries for other matters, including entries relating to the case brought by the Tolkien Estate Limited and the Tolkien Trust against Mr. Polychron. We have also redacted a substantial number of entries for Ms. Blackburn related to this matter, and we are only seeking my fees related to this matter. Our fees total £8,532.00, which at the exchange rate of 1.25 (as of September 6, 2023) totals **$10,665.00**.

8. For the reasons set forth above and in the accompanying memorandum of law, I respectfully request that the Court grant this motion and award attorneys' fees and other costs set forth herein and grant further relief as this Court may deem appropriate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of September, 2023 in Oxford, United Kingdom.

_____
Steven Maier

2

DECLARATION OF STEVEN MAIER IN SUPPORT OF DEFENDANTS' MOTION FOR PREVAILING PARTY ATTORNEYS FEES
Case No. 2:23-cv-02831-SVW-E

**EXHIBIT 1**

| Time Schedule: 04/03/2023 to 06/09/2023 - JRR0010008 -  - General Litigation ||||||||
| Date | Fee Earner | Activity | Notes | Time | Hourly Rate | Charge |
| --- | --- | --- | --- | --- | --- | --- |
| 4/16/2023 | Steven Maier | Reviewing | Court filings by D. Polychron | 1:12 | 480 | 576.00 |
| 4/16/2023 | Steven Maier | Email | C. Blackburn and L. Koonce re Polychron court filings | 0:24 | 480 | 192.00 |
| 4/16/2023 | Steven Maier | Meeting | Zoom with L Koonce, Gili K and C. Blackburn re strategy in response to Polychron complaint | 0:36 | 480 | 288.00 |
| 4/16/2023 | Steven Maier | Email | to Hugo Adair Amazon regarding new lawsuit | 0:36 | 480 | 288.00 |
| 4/16/2023 | Steven Maier | Email | to Directors regarding filing of lawsuit by D. Polychron | 0:24 | 480 | 192.00 |
| 4/16/2023 | Steven Maier | Email | to David Brawn at HarperCollins regarding filing of lawsuit by D. Polychron | 0:24 | 480 | 192.00 |
| 4/16/2023 | Steven Maier | Email | exchanges L. Koonce regarding strategy for addressing complaint from Polychron | 0:18 | 480 | 144.00 |
| 4/17/2023 | Steven Maier | Email | to L Koonce regarding Rule 11 and whether Polychron counsel aware of prior correspondence | 0:12 | 480 | 96.00 |
| 4/17/2023 | Steven Maier | Email | to Hugo Adair at Amazon regarding next steps after Polychron filing | 0:12 | 480 | 96.00 |
| 4/18/2023 | Steven Maier | Email | to Directors providing update on status of litigation and coordination with Amazon | 0:12 | 480 | 96.00 |
| 4/18/2023 | Steven Maier | Reviewing | materials from LK and email regarding call with Amazon, role of Polychron's counsel | 0:18 | 480 | 144.00 |
| 4/18/2023 | Steven Maier | Meeting | Zoom with L. Koonce, DWT, Amazon regarding coordinating strategy in defending Polychron litigation | 0:48 | 480 | 384.00 |
| 4/18/2023 | Steven Maier | Email | note to Directors following call with Klaris Law and Amazon | 0:42 | 480 | 336.00 |
| 4/19/2023 | Steven Maier | Reviewing | L Koonce email regarding draft email to counsel for Polychron demanding withdrawal of claims | 0:12 | 480 | 96.00 |
| 4/19/2023 | Steven Maier | Email | to L Koonce with comments to draft email to counsel for Polychron | 0:24 | 480 | 192.00 |
| 4/20/2023 | Steven Maier | Email | from/to L Koonce re coordinating with Amazon on emails to counsel for Polychron seeking withdrawal of claims | 0:24 | 480 | 192.00 |
| 4/21/2023 | Steven Maier | Email | from/to L Koonce discussing various options for addressing Polychron's lawsuit | 0:24 | 480 | 192.00 |
| 4/26/2023 | Steven Maier | Email | to Directors re Polychron update | 0:42 | 480 | 336.00 |
| 4/26/2023 | Steven Maier | Telephone call | with L Koonce re status of Polychron litigation, and strategy | 0:24 | 480 | 192.00 |
| 5/1/2023 | Steven Maier | Email | to Directors re Polychron update in light of letter from his counsel | 0:42 | 480 | 336.00 |
| 5/1/2023 | Steven Maier | Email | to L Koonce regarding letter from Polychron's counsel rejecting demand to withdraw claims | 0:18 | 480 | 144.00 |
| 5/1/2023 | Steven Maier | Reviewing | email from L Koonce regarding service of process issues | 0:18 | 480 | 144.00 |
| 5/3/2023 | Steven Maier | Email | from/to L Koonce re potential waiver of service | 0:06 | 480 | 48.00 |
| 6/23/2023 | Steven Maier | Email | from/to LK and review Amazon term sheet re Amazon copyright interest | 0:24 | 480 | 192.00 |
| 6/24/2023 | Steven Maier | Reviewing | L Koonce email re Polychron meet-and-confer conference on motion to dismiss | 0:18 | 480 | 144.00 |
| 7/6/2023 | Steven Maier | Reviewing | L Koonce update re Polychron litigation, including planned filing of amended complaint | 0:24 | 480 | 192.00 |
| 7/12/2023 | Steven Maier | Reviewing | email and amended complaint from L Koonce re Polychron | 0:24 | 480 | 192.00 |

| 7/14/2023 | Steven Maier | Reviewing | email from L Koonce re progress on motion to dismiss | 0:18 | 480 | 144.00 |
| --- | --- | --- | --- | --- | --- | --- |
| 7/19/2023 | Steven Maier | Meeting | Zoom with L Koonce and G Karev regarding case status and strategy as to amended pleading and motion to dismiss | 0:54 | 480 | 432.00 |
| 7/19/2023 | Steven Maier | Reviewing | amended complaint (cont'd) | 0:24 | 480 | 192.00 |
| 7/20/2023 | Steven Maier | Reviewing | Polychron MTD and email L Koonce regarding comments as to same | 1:24 | 480 | 672.00 |
| 7/27/2023 | Steven Maier | Reviewing | Multiple filings in connection with motion to dismiss | 0:42 | 480 | 336.00 |
| 7/27/2023 | Steven Maier | Email | to Directors re Polychron with update on motion to dismiss | 0:48 | 480 | 384.00 |
| 8/8/2023 | Steven Maier | Email | from/to LK re Polychron opposition to motion to dismiss | 0:18 | 480 | 144.00 |
| 8/13/2023 | Steven Maier | Reviewing | Reply memorandum in support of motion to dismiss and emails from/to L Koonce re same | 0:30 | 480 | 240.00 |
| 8/14/2023 | Steven Maier | Reviewing | final draft of reply papers | 0:24 | 480 | 192.00 |

|  |  |
| --- | --- |
|  | £8,532.00 |
| Exchange Rate | 1.25 |
|  | $10,665.00 |