1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIOUS POLYCHRON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, an individual, JENNIFER SALKE, an individual, SIMON TOLKIEN, an individual, PATRICK MCKAY, an individual, JOHN D. PAYNE, an individual, AMAZON STUDIOS LLC, a California Limited Liability Company, AMAZON CONTENT SERVICES LLC, a Delaware Limited Liability Company, THE TOLKIEN ESTATE, THE TOLKIEN ESTATE LIMITED, THE TOLKIEN TRUST, and DOES 1-100<br><br>Defendants. | Case No. 2:23-cv-02831-SVW (Ex)<br><br>***[PROPOSED]*** **ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |

# ORDER

The Motion of defendants Amazon Studios LLC and Amazon Content Services LLC (the "Amazon Defendants"); and (2) the Tolkien Estate Limited, the Tolkien Trust, and Simon Tolkien (the "Tolkien Defendants") (collectively, "Defendants") for an award of attorneys' fees having come on regularly before this Court, the Honorable Stephen V. Wilson, United States District Judge presiding, and the Court having considered Defendants' Motion, Plaintiff's opposition, Defendants' reply papers, and the evidence and argument presented, the Court having determined that the award of attorneys' fees is appropriate and furthers the policies of the Copyright Act, 17 U.S.C. § 505,

**IT IS HEREBY ORDERED** that Defendants' Motion for Attorneys' Fees be and hereby is **GRANTED,** and the Amazon Defendants are awarded attorneys' fees in the total amount of $74,150 and the Tolkien Defendants are awarded attorneys' fees in the total amount of $78,865.

DATED: _____

_____
The Honorable Stephen V. Wilson
United States District Judge

.