Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA  92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com


Attorney for Plaintiff, Demetrious Polychron

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| DEMETRIOUS POLYCHRON<br><br>                     Plaintiff,<br><br>     vs.<br><br>JEFF BEZOS, et al.,<br><br>                     Defendants. | Case No.: 2:23-cv-02831-SVW-E<br><br>**KATIE CHARLESTON'S DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |
|---|---|

**DECLARATION OF KATIE CHARLESTON**

1

I, Katie M. Charleston, declare as follows:

1. I am the attorney of record for Plaintiff Demetrious Polychron ("Plaintiff"). I have personal knowledge of the matters contained in this declaration, and if called as a witness to testify, I could and would competently testify to them.

2. On August 31, 2023, I filed a motion to withdraw from this matter due to the breakdown of the attorney-client relationship and the failure of the Plaintiff to make payments for services rendered, thereby causing a financial hardship.

3. To date, the Court has not issued an order. The Motion remains set for hearing on October 2, 2023.

4. On September 8, 2023, Defense counsel filed their motion for attorneys' fees, currently set for October 16, 2023.

5. Plaintiff's opposition to this motion is due on September 25, 2023.

6. The undersigned seeks a continuance on the hearing as set and the Plaintiff's time to respond for 30 days, following the Court's ruling on the undersigned's motion to withdraw.

7. The undersigned cannot continue to represent the interests of Plaintiff due to the breakdown of the attorney-client relationship and the financial hardship that Plaintiff's counsel has and will continue to suffer in further representation.

8. The undersigned seeks to protect the Plaintiff's interests and his ability to defend the filed motion pro se or with the assistance of another attorney.

9. Defendants counsel was contacted regarding this continuance, and they have no objection.

10. For these reasons, the undersigned requests a continuance of the hearing on the Defendants' Motion for Attorney fees and the Plaintiff's time to respond.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 22, 2023                    /s/ *Katie Charleston*
                                              Katie Charleston, Esq.

**DECLARATION OF KATIE CHARLESTON**