1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| 11    DEMETRIOUS POLYCHRON | Case No.: 2:23-cv-02831-SVW-E |
| 12                    Plaintiff, | |
| 13          vs. | **[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |
| 14   JEFF BEZOS, et al., | |
| 15                    Defendants. | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |

20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

1

1        This matter is before the Court on Plaintiff's Motion to Continue Hearing on

2   Defendants' Motion for Attorneys' Fees.  Having read the papers and being duly advised

3   the Court grants Plaintiff's Motion.  The hearing on Defendants' Motion for Attorneys'

4   Fees on October 16, 2023, is continued for thirty (30) days and reset for November 20,

5   2023, at 1:30 p.m.

6        SO ORDERED.

7

8       Dated: _____    _____

9                                 Stephen V. Wilson, Judge

10                                USDC, Central District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE HEARING ON DEFENDANTS'**
**MOTION FOR ATTORNEYS' FEES**
2