Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA  92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Plaintiff, Demetrious Polychron

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEMETRIOUS POLYCHRON<br><br>            Plaintiff,<br><br>    vs.<br><br>JEFF BEZOS, et al.,<br><br>            Defendants. | Case No.: 2:23-cv-02831-SVW-E<br><br>**PLAINTIFF'S MOTION TO APPEAR REMOTELY AT HEARING**<br><br>Hearing Date: October 2, 2023<br>Hearing Time: 1:30pm<br>Complaint filed: April 4, 2023<br>Amended Complaint Filed: July 13, 2023 |

**PLAINTIFF'S MOTION TO APPEAR REMOTELY AT HEARING**

1

1  Katie Charleston, counsel for Plaintiff Demetrious Polychron ("Plaintiff"), seeks
2  leave of Court for her and Plaintiff to appear remotely via Zoom or other available
3  technology at the hearing on her Motion to Withdraw on October 2, 2023, at 1:30 p.m.
4  Plaintiff's counsel resides out of State and desires to limit the time and expense that travel
5  would require to appear in person if acceptable to the Court.
6  WHEREFORE, Katie Charleston, counsel for Plaintiff, respectfully requests that the
7  Court allow her and Plaintiff to appear remotely at the October 2, 2023 hearing.

Dated: September 25, 2023            Respectfully submitted,

Katie Charleston Law, PC

By:   /s/ *Katie Charleston*
      Katie Charleston, Esq.
      Attorney for Plaintiff

**PLAINTIFF'S MOTION TO APPEAR REMOTELY AT HEARING**