1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10                           **WESTERN DIVISION**

| DEMETRIOUS POLYCHRON | Case No.: 2:23-cv-02831-SVW-E |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR REMOTELY AT HEARING** |
| JEFF BEZOS, et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR REMOTELY AT HEARING**

1

1   This matter is before the Court on Plaintiff's Motion to Appear Remotely at
2   Hearing on Katie Charleston's Motion to Withdraw Appearance.  Having read the papers
3   and being duly advised the Court grants Plaintiff's Motion.  Plaintiff and his counsel are
4   permitted to appear remotely at the hearing on October 2, 2023, at 1:30 p.m.
5     SO ORDERED.
6     Dated: _____                              _____
7                       Stephen V. Wilson, Judge
8                       USDC, Central District of California

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR REMOTELY AT HEARING**