UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| DEMETRIOUS POLYCHRON<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, et al.,<br><br>Defendants. | Case No.: 2:23-cv-02831-SVW-E<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |
|---|---|

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

1

1  This matter is before the Court on Defendants' Motion for Attorneys' Fees. Having
2  read the papers and heard the arguments of counsel, the Court DENIES Defendants'
3  Motion for Attorneys' Fees.
4
5  Dated: _____                    _____
6                                          Stephen V. Wilson, Judge
7                                          USDC, Central District of California

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ATTORNEYS' FEES**