**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DEMETRIOUS POLYCHRON<br><br>                    Plaintiff,<br><br>      vs.<br><br>JEFF BEZOS, et al.,<br><br>                    Defendants. | Case No.: 2:23-cv-02831-SVW-E<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR REMOTELY AT HEARING** |

**ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR REMOTELY AT HEARING**

1

This matter is before the Court on Plaintiff's Motion to Appear Remotely at Hearing on Katie Charleston's Motion to Withdraw Appearance. Having read the papers and being duly advised the Court grants Plaintiff's Motion. Plaintiff and his counsel are permitted to appear remotely at the hearing on October 2, 2023, at 1:30 p.m.

SO ORDERED.

Dated: 09-28-23

_____
Stephen V. Wilson, Judge
USDC, Central District of California

**ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR REMOTELY AT HEARING**