UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| DEMETRIOUS POLYCHRON<br><br>Plaintiff,<br><br>vs.<br><br>JEFF BEZOS, et al.,<br><br>Defendants. | Case No.: 2:23-cv-02831-SVW-E<br><br>**ORDER ON KATIE CHARLESTON'S MOTION TO WITHDRAW APPEARANCE** |
|---|---|

**[PROPOSED] ORDER ON KATIE CHARLESTON'S MOTION TO WITHDRAW APPEARANCE**

1  This matter is before the Court on Katie Charleston's Motion to Withdraw
2  Appearance. Having reviewed the papers and heard the arguments of counsel, the Court
3  now grants the Motion.
4  It is therefore ordered that Katie Charleston's Appearance on behalf of Plaintiff,
5  Demetrious Polychron, is withdrawn.

Dated: January 19, 2024          _____
                                  Stephen V. Wilson, Judge
                                  USDC, Central District of California

**[PROPOSED] ORDER ON KATIE CHARLESTON'S MOTION TO WITHDRAW APPEARANCE**